# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONARD DESILVIO,

        Plaintiff,

      v.

LION BIOTECHNOLOGIES, INC., et al.,

        Defendants.

Case No.  17-cv-02086-SI

**ORDER RE: PROPOSED LEAD PLAINTIFFS**

The Court is in receipt of three competing motions to appoint lead plaintiff and lead counsel in this case.  The three movants for lead plaintiff are: (1) Kimberly Colautti and Michele Rosati (together, "Colautti and Rosati"), Dkt. No. 10; (2) Jay Rabkin ("Rabkin"), Dkt. No. 13; and (3) Su Yee Lynn Ho, Sriram Sundareswaran, Manfred E. Strauch, and Kevin Fong (together, the "Lion Investor Group" or "LIG"), Dkt. No. 20.

Each movant has filed the necessary certification, *see* Dkt. Nos. 11-1, 14-1, 21-2. However, the information provided there is skeletal.  Prior to decision on the motions, the Court requires more information about the various movants.  Accordingly, **each individual movant is hereby ordered to file a brief declaration on or before July 14, 2017**, setting forth: (i) each individual's city and state of residence; (ii) each individual's occupation; (iii) whether and to what extent the moving individuals are familiar with one another; (iv) how each individual came to retain his/her respective lawyer(s); and (v) the general nature of each individual's investment in Lion Biotechnologies, Inc.

      **IT IS SO ORDERED**.

Dated:  July 7, 2017

_____
SUSAN ILLSTON
United States District Judge