# EXHIBIT B

View Complaint
Retainer Agreement
info@rosenlegal.com

Astec shareholders have an opportunity to recover their investment losses.
Click "Join this Class Action" above.

## Attorneys

▸ Zachary Halper
▸ Phillip Kim

# Astec Industries, Inc.

**Join This Class Action** ●

Rosen Law Firm, a global investor rights law firm, announces the filing of a class action lawsuit on behalf of purchasers of the securities of Astec Industries, Inc. (NASDAQ: ASTE) from July 26, 2016 through October 22, 2018, inclusive. The lawsuit seeks to recover damages for Astec investors under the federal securities laws.

If you purchased shares of Astec between July 26, 2016 and October 22, 2018 and would like to join the action, please click "Join This Class Action," above.

## Press Release

**EQUITY ALERT: Rosen Law Firm Announces Filing of Securities Class Action Lawsuit Against Astec Industries, Inc. – ASTE**

New York, N.Y., February 4, 2019. Rosen Law Firm, a global investor rights law firm, announces the filing of a class action lawsuit on behalf of purchasers of the securities of Astec Industries, Inc. (NASDAQ: ASTE) from July 26, 2016 through October 22, 2018, inclusive (the "Class Period"). The lawsuit seeks to recover damages for Astec investors under the federal securities laws.

To join the Astec class action, go to https://www.rosenlegal.com/cases-1498.html or call Phillip Kim, Esq. or Zachary Halper, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or zhalper@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Astec's wood pellet plants suffered from significant and costly problems that prevented the plants from running at their promised production capacity; (2) this posed a threat to Astec's pellet plant business, overall financial performance, and financial outlook; and (3) as a result, defendants' statements regarding Astec's outlook and expected financial performance were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 2, 2019. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://www.rosenlegal.com/cases-1498.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. or Zachary Halper, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or zhalper@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013.

--------------------------------

Contact Information:

Laurence Rosen, Esq.
Phillip Kim, Esq.
Zachary Halper, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
zhalper@rosenlegal.com
www.rosenlegal.com



View Complaint
Retainer Agreement
info@rosenlegal.com

Astec shareholders have an opportunity to recover their investment losses.
Click "Join this Class Action" above.

# Astec Industries, Inc.

### Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Astec Industries, Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Astec Industries, Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

**First Name***

**Middle Initial**

**Last Name***

**If Representing Corporation, Trust, Partnership or other entity, Name of Entity**

**If Representing an Entity, Position at Entity**

**Mailing Address***

**City***

**State***

**Zip Code**

**Country***

**Facsimile**

**Phone***

**Email Address***

**Are you a current or former employee of the company?***
○ Yes   ○ No

**Plaintiff certifies that:**

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

**Purchases**

| Common Stock ▼ | Buy Date | # of Shares | Price per Share |
| Common Stock ▼ | Buy Date | # of Shares | Price per Share |
| Type of Security: ▼ | | | |

+ Additional Purchases

**Sales**

| Common Stock ▼ | Sell Date | # of Shares | Price per Share |
| Common Stock ▼ | Sell Date | # of Shares | Price per Share |
| Type of Security: ▼ | | | |

+ Additional Sales

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below.

☐ I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.*

☐ By clicking on the button below, I intend to sign and execute this agreement and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.*

☐ I wish to receive updates and news concerning securities class actions

The Complaint and Retainer Agreement provided to me is incorporated by reference.

*Draw your signature below using your mouse.* * *[Clear]*

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 04/04/2019

**Submit**

* Indicates a required field.