# EXHIBIT C

# POMERANTZLLP

**CONTACT** US

**JOIN** THIS ACTION

◀ BACK

📄 View Complaint

## Astec Industries, Inc.

Pomerantz LLP is investigating claims on behalf of investors of Astec Industries, Inc. ("Astec" or the "Company").

Such investors are advised to contact Robert S. Willoughby at **rswilloughby@pomlaw.com** or 888-476-6529, ext. 9980.

The investigation concerns whether Astec and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

On October 23, 2018, Astec announced its financial results for the quarter ended September 30, 2018. Astec reported a 1.2% decrease in domestic sales and a 20.2% decrease in the Company's backlog, with the domestic backlog contracting by 28.1%, dragged down by Astec's pellet business. For 2018, Astec cut its core revenue growth forecast to 1% to 3%, down substantially from 7% to 12%. Astec also reported EPS of $0.30 for the quarter, widely missing the consensus estimate of $0.59. Astec also reported $256.6 million in revenue for the quarter, below analysts' expectations of $276.8 million. Following this news, Astec's stock price fell $11.76 per share, or 24.88%, to close at $35.51 on October 23, 2018.

© Pomerantz LLP 2019 | Contact

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.
2. I have reviewed a Complaint against Astec Industries, Inc. ("Astec" or the "Company"), and authorize the filing of a motion on my behalf for appointment as lead plaintiff.
3. I did not purchase or acquire Astec securities at the direction of counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.
4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Astec securities during the Class Period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.
5. To the best of my current knowledge, the transactions set forth below represent all of my transactions in Astec securities during the Class Period as specified in the Complaint.
6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve or served as a representative party on behalf of a Class under the federal securities laws.
7. I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class as ordered or approved by the Court.
8. I declare, under penalty of perjury, that the foregoing is true and correct.

**Print Name** *

| First Name | Last Name |
|---|---|

**Acquisitions:** *

Date Acquired MM/D | Number of Shares Ac | Price per Share Acqu

ADD

**Sales: (if none, write '0')** *

Date Sold MM/DD/Y | Number of Shares Sc | Price per Share Sold

ADD

**Draw your signature using your mouse.** *

Clear

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Please continue to the next page of certification below.

Next