# EXHIBIT E

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|------------|--------|-------------|-------|----------------|--------------------|
| **City of Taylor General Employees Retirement System** | 09/20/2017 | 41 | $52.40 | $2,148.53 | 12/06/2018 | 367 | $35.51 | $13,032.24 | |
| | 09/21/2017 | 10 | $52.80 | $527.97 | 12/18/2018 | 35 | $34.68 | $1,213.75 | |
| | 09/22/2017 | 40 | $53.50 | $2,140.00 | 12/19/2018 | 32 | $34.54 | $1,105.41 | |
| | 09/25/2017 | 100 | $54.53 | $5,452.67 | 12/20/2018 | 133 | $34.42 | $4,577.78 | |
| | 09/26/2017 | 300 | $55.60 | $16,679.85 | 12/21/2018 | 106 | $34.29 | $3,634.86 | |
| | 11/03/2017 | 37 | $51.48 | $1,904.75 | | | | | |
| | 11/07/2017 | 145 | $52.26 | $7,577.66 | | | | | |
| **Movant's Total** | | **673** | | **$36,431.43** | | **673** | | **$23,564.04** | **($12,867.39)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
will be used depending on which value is higher.