ROBBINS GELLER RUDMAN
  & DOWD LLP
JERRY E. MARTIN (20193)
CHRISTOPHER M. WOOD (254908)
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
jmartin@rgrdlaw.com
cwood@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed]
Lead Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

SOUTHERN DIVISION

| | | |
|---|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>ASTEC INDUSTRIES, INC., et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:19-cv-00024<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM'S REPLY MEMORANDUM IN RESPONSE TO LYNN JOHNSON'S AND KELLY GREEN'S RESPONSES IN SUPPORT OF THEIR MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF |

I, CHRISTOPHER M. WOOD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of Tennessee and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for named plaintiff City of Taylor General Employees Retirement System (the "Retirement System").  I make this declaration in support of the Retirement System's Reply Memorandum in Response to Lynn Johnson's and Kelly Green's Responses in Support of Their Motions for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Stephen J. Choi and A.C. Pritchard, *Lead Plaintiffs and Their Lawyers: Mission Accomplished, or More to Be Done?* Univ. Mich. Law School, Law & Economics Working Papers, Art. 130 (May 3, 2017); and

Exhibit 2:      Cornerstone Research, Securities Class Action Settlements 2017 Review and Analysis.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of April, 2019, at Nashville, Tennessee.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on April 23, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
     & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 1:19-cv-00024-PLR-CHS City of Taylor General Employees Retirement System v. Astec Industries, Inc. et al (PLR1)

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard W Bethea , Jr**
  rbethea@chamblisslaw.com,ktaubert@chamblisslaw.com,tmcclendon@chamblisslaw.com

- **Paul K Bramlett**
  PKNASHLAW@aol.com

- **Elizabeth Gingold Clark**
  elizabeth.clark@alston.com

- **Brian E Cochran**
  bcochran@rgrdlaw.com

- **John G Jackson**
  jjackson@chamblisslaw.com,lschmidt@chamblisslaw.com,lhiggins@chamblisslaw.com

- **John A Jordak**
  john.jordak@alston.com,jenny.hillman@alston.com

- **Phillip Kim**
  PKIM@ROSENLEGAL.COM

- **Jerry E Martin**
  jmartin@barrettjohnston.com,nchanin@barrettjohnston.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com

- **Thomas C. Michaud**
  tmichaud@vmtlaw.com

- **Robert J Robbins**
  rrobbins@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Daniel I Tyre-Karp**
  dtyrekarp@rosenlegal.com

- **Christopher Martin Wood**
  cwood@rgrdlaw.com,9101599420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Case 1:19-cv-00024-CEA-CHS    Document 43    Filed 04/23/19    Page 4 of 5    PageID #: 694

- (No manual recipients)