**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | |
|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) No. 1:19-cv-00024-PLR-CHS |
| Plaintiff, | ) ) CLASS ACTION |
| vs. | ) ) |
| ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK and DAVID C. SILVIOUS, | ) Chief Judge Pamela L. Reeves ) ) ) |
| Defendants. | ) ) ) |

### LEAD PLAINTIFF MOVANT LYNN JOHNSON'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL (ECF NO. 22)

Lead Plaintiff Movant Lynn Johnson ("Johnson") respectfully submits as Supplemental Authority the recent case of *Atanasio v. Tenaris S.A., et al.*, No. 1:18-cv-07059-RJD-SJB (E.D.N.Y. Apr. 29, 2019) (Dkt. No. 25), attached hereto as Exhibit A. Johnson respectfully submits *Atanasio* is persuasive authority to Johnson's motion because there the court considered and rejected many of same arguments set forth by City of Taylor General Employees Retirement System in its opposition and reply to Johnson's lead plaintiff motion.

Dated: April 30, 2019

Respectfully submitted,

**BRAMLETT LAW OFFICES**
By: /s/ *Paul Kent Bramlett*
PAUL KENT BRAMLETT #7387
ROBERT PRESTON BRAMLETT #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215-0734
Telephone: 615-248-2828
Facsimile: 866-816-4116
Email: PKNASHLAW@AOL.COM

1

Email: Robert@bramlettlawoffices.com

**THE ROSEN LAW FIRM P.A.**
Phillip Kim (admitted *pro hac vice*)
Daniel Tyre-Karp (admitted *pro hac vice*)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

*Counsel for Movant and Proposed Lead and*
*Liaison Counsel for the Class*

2

**CERTIFICATE OF SERVICE**

This is to certify that on April 30, 2019, I filed the above and foregoing document has been filed on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys registered on the CM/ECF system will be served electronically.

/s/*Paul Kent Bramlett*
PAUL KENT BRAMLETT

3