## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

vs.

ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK, DAVID C. SILVIOUS, and MALCOLM SWANSON,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:19-cv-00024-PLR-CHS

CLASS ACTION

Chief Judge Pamela L. Reeves

Mag. Judge Christopher H. Steger

---

## DECLARATION OF JOHN A. JORDAK, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, John A. Jordak, Jr., declare as follows:

1.   I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Georgia and New York bars and have been admitted to practice in this Court. I am a member at the law firm of Alston & Bird and am counsel for Defendants Astec Industries, Inc. ("Astec" or the "Company"), Benjamin G. Brock, David C. Silvious, and Malcolm Swanson (collectively, the "Defendants"). I hereby submit this Declaration in support of Defendants' Motion to Dismiss The Amended Complaint. I have personal knowledge of the facts set forth herein.

2.   Attached as Exhibits A through I to this Declaration are true and correct copies of the following documents:

- **Exhibit A**: Print-out of "About Us" webpage from Astec website, accessed on October 24, 2019 and available at *http://www.astecindustries.com/about-us.html*.

- **Exhibit B:** Print-out of online article, *Astec Industries Pioneer & Industry Innovator Don Brock Dies,* WASHINGTON NEWSLINE (Mar. 16, 2015), available at https://newsline.artba.org/2015/03/16/astec-industries-pioneer-industry-innovator-don-brock-dies/.

- **Exhibit C**: Excerpt of Astec Form 10-K, dated March 18, 2019, for the fiscal year ended December 31, 2018.

- **Exhibit D**: Excerpt of Astec Form 10-K, dated March 1, 2017, for the fiscal year ended December 31, 2016.

- **Exhibit E**: Astec Form 8-K, dated February 25, 2014.

- **Exhibit F**: Excerpt of Astec Earnings Call Transcript, dated February 21, 2017.

- **Exhibit G**: Excerpt of Astec Form 10-K, dated March 1, 2018, for the fiscal year ended December 31, 2017.

- **Exhibit H**: Excerpt of Astec Earnings Call Transcript, dated July 24, 2018.

- **Exhibit I**: Astec Form 8-K, dated March 1, 2019.

3. Pursuant to 26 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on October 25, 2019 in Atlanta, Georgia.

John A. Jordak, Jr. (*admitted pro hac vice*)
Georgia Bar Number 404250

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 25, 2019, I electronically filed the foregoing **DECLARATION OF JOHN A. JORDAK, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon all Counsel of Record.

**ALSTON & BIRD**

By:  <u>/s/ John A. Jordak, Jr.</u>
      John A. Jordak, Jr. (*admitted pro hac vice*)
      Georgia Bar Number 404250