# Exhibit A

 [(https://www.astecindustries.com)](https://www.astecindustries.com)

[Home (/)](/)   /   About Us

# ABOUT US

"Astec Industries, Inc. builds equipment that can be found operating globally in the Infrastructure, Aggregate, Mining and Energy industries, among others."

## OUR BUSINESS LANDSCAPE AND MARKET PHILOSOPHY

Astec Industries, Inc. was founded in 1972 with the vision to apply creative thinking and state-of-the-art technology to traditionally low-tech industries, bolstered by a corporate culture renowned for putting customer service first. Based in Chattanooga, Tennessee, the Astec Industries, Inc. family of companies has become a global leader in the manufacture of equipment for road building, aggregate processing, oil, gas and water well drilling and wood processing, among others.

Today Astec Industries, Inc. manufactures more than 260 products from rock crushing and screening plants to hot mix asphalt (HMA) facilities, concrete plants, water, gas and oil drilling rigs, geothermal drills, milling machines, asphalt pavers, material transfer vehicles, and wood processing equipment.

Astec's goal is to design, manufacture and provide the most innovative, productive and reliable equipment for the industries we serve, coupled with unparalleled customer service, training, education and support. No other company in the world competes with Astec in all or even most of its product lines. Astec's innovative products have led to a continuous stream of new patents and are in ever increasing demand. The Astec companies have become leaders in their respective markets by giving Astec customers the means to be more productive and profitable.



# Mission Statement:

"To grow and prosper by designing, manufacturing and selling the most innovative, productive, reliable and safe equipment for the industries we serve, coupled with unparalleled customer service."

## OUR MISSIONS

Ultimately, our goal is to design and build state-of-the-art equipment which makes it possible for our customers to supply their customers with industry leading results profitably.

For our customers, we will continue to be the most innovative company in our industry offering the world's most advanced, productive, durable and environmentally friendly products, coupled with training and education, service and support that is far beyond anything offered by our competition.

For our shareholders, we strive to deliver continuous increases in shareholder value through stable long-term growth in earnings per share. To that end, we plan to expand and enhance the scope and profitability of our core business through internal growth and strategic acquisitions.

# Vision Statement:

To be known as the global leader in service, innovation, quality and safety.

## OUR CORE VALUES

- Continuous devotion to meeting the needs of our customers.
- Honesty and integrity in all aspects of business.
- Respect for all individuals.
- Preserving entrepreneurial spirit and innovation.
- Safety, quality and productivity as means to ensure success.

## MAIN CUSTOMER BASE

Astec's global customer industries include:

- Highway Construction
- Civil Construction
- Open Mine and Quarry Operations
- Oil Field Service
- Forestry
- Oil and Gas
- Soil Remediation
- Water Well Drilling
- Industrial Sites

 (https://www.astecindustries.com)

## LOCATIONS AROUND THE WORLD

Omagh, NI
Sterling, IL 1
Burlington, WI 1
Prairie du Chien 1
Mequon, WI 1
Yankton, SD 1
Thornbury, ON 1
Tacoma, WA 1
Solon, OH 1
Eugene, OR 2
Chattanooga, TN 7
Riverside, CA 1
Orlando, FL 1
Albequerque, NM 1
Enid, OK 1
Parsons, KS 1
Brisbane, AU 1
Johannesburg, SA 1
Belo Horizonte, BR 1

## CONFLICT MINERALS POLICY

Astec has established a policy governing the use of Conflict Minerals. This policy can be viewed by clicking the link below. Questions about Astec's policy may be directed to the Astec's Compliance Officer at (423) 553-5934.

Click here for more information. (/corporate-citizenship.html)

   

(http://www.aem.org)(http://www.nssga.org)(http://www.asphaltpavement.org)(http://www.artba.org)(http://www.agc.org)

 (https://www.astecindustries.com)

PLEASE CONTACT ASTEC INDUSTRIES, INC. AT:

# PHONE: (423) 899-5898 | FAX: (423) 899-4456

1725 SHEPHERD ROAD | CHATTANOOGA, TENNESSEE 37421

LEGAL (/TERMS-OF-ACCESS-AND-LEGAL-NOTICES.HTML) | PRIVACY (/PRIVACY-POLICY.HTML) | CONTACT US (/CONTACT-US.HTML) | SITEMAP (/SITEMAP.HTML) | ❶ FRAUD ALERT (/FRAUD-ALERT.HTML)

© 2019 ASTEC INDUSTRIES, INC. (HTTP://WWW.ASTECINDUSTRIES.COM) - ALL RIGHTS RESERVED.