# Exhibit E

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 8-K**

**CURRENT REPORT**
Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): February 25, 2014

**ASTEC INDUSTRIES, INC.**
(Exact Name of Registrant as Specified in Charter)

| Tennessee | 001-11595 | 62-0873631 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

1725 Shepherd Road
Chattanooga, Tennessee 37421
(Address of Principal Executive Offices and Zip Code)

(423) 899-5898
(Registrant's telephone number, including area code)

N/A
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

[ ] Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-d(b))

[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02. Results of Operations and Financial Condition.**

The information, including the exhibits attached hereto, in this Current Report on Form 8-K is being "furnished" and shall not be deemed "filed" for the purposes of Section 18 of the Securities and Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that Section. The information in this Current Report shall not be incorporated by reference into any registration statement or other document filed by the Company pursuant to the Securities Act of 1933, as amended, or into any other filing or document made by the Company pursuant to the Securities Exchange Act of 1934, as amended, except as otherwise expressly stated in any such filing.

Attached and incorporated herein by reference as Exhibit 99.1 is a copy of the press release of Astec Industries, Inc., dated February 25, 2014, reporting the Company's financial results for the year ended December 31, 2013.

**Item 9.01. Financial Statements and Exhibits**.

(c) Exhibits. The following exhibits are furnished herewith:

| Exhibit No. | Exhibit Description |
|---|---|
| 99.1 | Press Release, dated February 25, 2014 |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

ASTEC INDUSTRIES, INC.

Date: February 25, 2014

By: <u>David C. Silvious</u>
David C. Silvious, Chief Financial Officer,
Vice President and Treasurer
(Principal Financial and Accounting Officer)

Index to Exhibits

| Exhibit No. | Exhibit Description |
|---|---|
| 99.1 | Press Release, dated February 25, 2014 |

**Exhibit 99.1**

# Astec Industries, Inc.

## News Release

1725 Shepherd Road | Chattanooga, TN 37421 | Phone (423) 899-5898 | Fax (423) 899-4456

**ASTEC INDUSTRIES REPORTS FOURTH QUARTER AND 2013 RESULTS**

CHATTANOOGA, Tenn. (February 25, 2014) - Astec Industries, Inc. (Nasdaq: ASTE) today reported results for their fourth quarter and year ended December 31, 2013. Net sales for the fourth quarter of 2013 were $223.9 million compared to $227.6 million for the fourth quarter of 2012, a 2% decrease. Earnings from continuing operations for the fourth quarter of 2013 were $8.3 million or $0.36 per diluted share compared to $5.5 million or $0.24 per diluted share in the fourth quarter of 2012, an increase of 51%.

Domestic sales increased 10% to $142.4 million for the fourth quarter of 2013 from $129.0 million for the fourth quarter of 2012. International sales decreased 17% to $81.5 million for the fourth quarter of 2013 from $98.6 million for the fourth quarter of 2012.

Net sales for 2013 were $933.0 million compared to $936.3 million for 2012, a decrease of $3.3 million. Earnings from continuing operations for 2013 were $39.0 million or $1.69 per diluted share compared to $34.0 million or $1.48 per diluted share of 2012, a 15% increase.

Domestic sales increased 5% to $599.1 million for 2013 from $572.5 million for 2012. International sales were $333.9 million for 2013 compared to $363.8 million for 2012, an 8% decrease.

The Company's domestic backlog increased 28%, from $156.6 million at December 31, 2012 to $200.5 million at December 31, 2013. The international backlog at December 31, 2013 was $89.7 million compared to $107.2 million at December 31, 2012 for a decrease of 16%. Total backlog increased 10% to $290.2 million at December 31, 2013 from $263.8 million at December 31, 2012.

Consolidated financial information for the quarter and year ended December 31, 2013 and additional information related to segment revenues and profits are attached as addenda to this press release.

Commenting on the announcement of quarterly and annual results, Benjamin G. Brock, Chief Executive Officer, stated, "We were pleased with our bottom line results during the 4th Quarter of 2013, especially given the continued instability in the federal highway funding. On a positive note, the new turn-key wood pellet plant in Georgia is operating to our customer's satisfaction. As a result of its performance, the customer ordered an additional two lines for $40 million during the fourth quarter. In addition, our aggregate processing equipment businesses performed well. On the downside, our Underground Group, which is now focused on supplying equipment to the oil and gas drilling industry, continued to struggle in the quarter, and for the year. We believe this group has developed and is producing superior products, but is battling a soft market with low demand. We are focused on this group and working to reverse the unfavorable trends."

Mr. Brock continued, "Orders so far in 2014 have been steady. At the same time, we have continued to develop new products for the energy, mining and infrastructure industries. We will display 41 new products at the ConExpo show in Las Vegas during the first week of March. This will be the largest display in our history of exhibiting at this event. Our balance sheet remains strong with no debt and a strong cash position. We are continuing our acquisition efforts and will work to add companies that represent strategic fits for our business during 2014."

**Investor Conference Call and Web Simulcast**

Astec will conduct a conference call on February 25, 2014, at 10:00 A.M. Eastern Time to review its December 31, 2013 results as well as current business conditions. The number to call for this interactive teleconference is (877) 407-9210. International callers should dial (201) 689-8049. Please reference Astec Industries.

The company will also provide an online Web simulcast and rebroadcast of the conference call. The live broadcast of Astec's conference call will be available online at the Company's website: www.astecindustries.com/conferencecalls. An archived webcast will be available for 90 days at www.astecindustries.com.

A replay of the conference call will be available through midnight on Tuesday, March 11, 2014 by dialing (877) 660-6853, or (201) 612-7415 for international callers, Conference ID# 13575987. A transcription of the conference call will be made available under the Investor Relations section of the Astec Industries, Inc. website within 5 business days after the call.

Astec Industries, Inc. is a manufacturer of specialized equipment for building and restoring the world's infrastructure. Astec's manufacturing operations are divided into four primary business segments: aggregate processing and mining equipment; asphalt production equipment; mobile asphalt paving equipment; and oil, gas and water drilling equipment (Underground Group). Additionally, the Other Group contains one subsidiary that manufactures equipment used for wood processing and recycling and one that is a company-owned dealership located in Australia.

The information contained in this press release contains "forward-looking statements" (within the meaning of the Private Securities Litigation Reform Act of 1995) regarding the future performance of the Company, including statements about the effects on the Company from its backlog, the lack of highway funding, and the opening of wood pellet plants in Georgia, efforts to improve the operations of the Underground Group and the success of new products. These forward-looking statements reflect management's expectations and are based upon currently available information, and the Company undertakes no obligation to update or revise such statements. These statements are not guarantees of performance and are inherently subject to risks and uncertainties, many of which cannot be predicted or anticipated. Future events and actual results, financial or otherwise, could differ materially from those expressed in or implied by the forward-looking statements. Important factors that could cause future events or actual results to differ materially include: general uncertainty in the economy, rising oil and liquid asphalt prices, rising steel prices, decreased funding for highway projects, the relative strength/weakness of the dollar to foreign currencies, production capacity, general business conditions in the industry, demand for the Company's products, seasonality and cyclicality in operating results, seasonality of sales volumes or lower than expected sales volumes, lower than expected margins on custom equipment orders, competitive activity, tax rates and the impact of future legislation thereon, and those other factors listed from time to time in the Company's reports filed with the Securities and Exchange Commission, including but not limited to the Company's annual report on Form 10-K for the year ended December 31, 2012.

The Company plans to file its form 10-K timely by March 3, 2014.

For Additional Information Contact:

Benjamin G. Brock
President and C.E.O.
Phone: (423) 867-4210
Fax: (423) 867-4127
E-mail: bbrock@astecindustries.com
or
David C. Silvious
Vice President and Chief Financial Officer
Phone: (423) 899-5898
Fax: (423) 899-4456
E-mail: dsilvious@astecindustries.com
or
Stephen C. Anderson
Vice President, Director of Investor Relations & Corporate Secretary
Phone: (423) 899-5898
Fax: (423) 899-4456
E-mail: sanderson@astecindustries.com

**Astec Industries, Inc.**
**Consolidated Balance Sheets**
**(in thousands)**
**(unaudited)**

| | | Dec 31 2013 | | Dec 31 2012 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 35,564 | $ | 80,929 |
| Investments | | 17,176 | | 1,334 |
| Receivables, net | | 94,789 | | 89,048 |
| Inventories | | 342,313 | | 312,683 |
| Prepaid expenses and other | | 32,569 | | 20,090 |
| Total current assets | | 522,411 | | 504,084 |
| Property and equipment, net | | 184,520 | | 182,839 |
| Other assets | | 42,360 | | 41,860 |
| Total assets | $ | 749,291 | $ | 728,783 |
| **Liabilities and equity** | | | | |
| Current liabilities | | | | |
| Accounts payable - trade | $ | 45,845 | $ | 46,210 |
| Other current liabilities | | 87,686 | | 99,338 |
| Total current liabilities | | 133,531 | | 145,548 |
| Non-current liabilities | | 35,249 | | 32,501 |
| Total equity | | 580,511 | | 550,734 |
| Total liabilities and equity | $ | 749,291 | $ | 728,783 |

**Astec Industries, Inc.**
**Consolidated Statements of Income**
**(in thousands, except per share data)**
**(unaudited)**

| | Three Months Ended Dec 31 | | | | Twelve Months Ended Dec 31 | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2013 | | 2012 | | 2013 | | 2012 |
| Net sales | $ | 223,861 | $ | 227,640 | $ | 932,998 | $ | 936,273 |
| Cost of sales | | 176,538 | | 179,329 | | 725,879 | | 728,322 |
| Gross profit | | 47,323 | | 48,311 | | 207,119 | | 207,951 |
| Selling, general, administrative & engineering expenses | | 36,641 | | 39,833 | | 151,438 | | 156,843 |
| Income from operations | | 10,682 | | 8,478 | | 55,681 | | 51,108 |
| Interest expense | | 7 | | 97 | | 423 | | 339 |
| Other | | 1,082 | | 584 | | 2,812 | | 2,767 |
| Income from continuing operations before income taxes | | 11,757 | | 8,965 | | 58,070 | | 53,536 |
| Income taxes on continuing operations | | 3,492 | | 3,459 | | 19,028 | | 19,487 |
| Net income from continuing operations | | 8,265 | | 5,506 | | 39,042 | | 34,049 |
| Income from discontinued operations, (net of tax of $1,000 for the quarter and $1,817 for the year) | | - | | 2,001 | | - | | 3,401 |
| Gain on disposal of discontinued operations (net of tax of $1,979) | | - | | 3,378 | | - | | 3,378 |
| Net income attributable to controlling interest | $ | 8,265 | $ | 10,885 | $ | 39,042 | $ | 40,828 |
| | | | | | | | | |
| Earnings per Common Share | | | | | | | | |
| Net income from continuing operations | | | | | | | | |
| Basic | $ | 0.36 | $ | 0.24 | $ | 1.72 | $ | 1.50 |
| Diluted | $ | 0.36 | $ | 0.24 | $ | 1.69 | $ | 1.48 |
| | | | | | | | | |
| Income from discontinued operations, net of tax | | | | | | | | |
| Basic | $ | - | $ | 0.24 | $ | - | $ | 0.30 |
| Diluted | $ | - | $ | 0.23 | $ | - | $ | 0.29 |
| | | | | | | | | |
| Net income attributable to controlling interest | | | | | | | | |
| Basic | $ | 0.36 | $ | 0.48 | $ | 1.72 | $ | 1.80 |
| Diluted | $ | 0.36 | $ | 0.47 | $ | 1.69 | $ | 1.77 |
| | | | | | | | | |
| Weighted average common shares outstanding | | | | | | | | |
| Basic | | 22,765 | | 22,693 | | 22,749 | | 22,680 |
| Diluted | | 23,092 | | 23,057 | | 23,081 | | 23,051 |

Astec Industries, Inc.
Segment Revenues and Profits
For the three months ended December 31, 2013 and 2012
(in thousands)
(unaudited)

| | Asphalt Group | Aggregate and Mining Group | Mobile Asphalt Paving Group | Underground Group | All Others | Total |
|---|---|---|---|---|---|---|
| 2013 Revenues | 56,198 | 80,076 | 39,985 | 14,039 | 33,563 | 223,861 |
| 2012 Revenues | 59,663 | 77,404 | 34,344 | 20,985 | 35,244 | 227,640 |
| Change $ | (3,465) | 2,672 | 5,641 | (6,946) | (1,681) | (3,779) |
| Change % | (5.8%) | 3.5% | 16.4% | (33.1%) | (4.8%) | (1.7%) |
| | | | | | | |
| 2013 Gross Profit | 15,152 | 19,610 | 7,167 | 1,063 | 4,331 | 47,323 |
| 2013 Gross Profit % | 27.0% | 24.5% | 17.9% | 7.6% | 12.9% | 21.1% |
| 2012 Gross Profit | 15,978 | 18,041 | 6,396 | 2,026 | 5,870 | 48,311 |
| 2012 Gross Profit % | 26.8% | 23.3% | 18.6% | 9.7% | 16.7% | 21.2% |
| Change | (826) | 1,569 | 771 | (963) | (1,539) | (988) |
| | | | | | | |
| 2013 Profit (Loss) | 6,914 | 6,068 | 879 | (939) | (5,797) | 7,125 |
| 2012 Profit (Loss) | 7,704 | 4,852 | 1,086 | (1,065) | (7,524) | 5,053 |
| Change $ | (790) | 1,216 | (207) | 126 | 1,727 | 2,072 |
| Change % | (10.3%) | 25.1% | (19.1%) | 11.8% | 23.0% | 41.0% |

Segment revenues are reported net of intersegment revenues. Segment gross profit is net of profit on intersegment revenues. A reconciliation of total segment profits to the Company's net income attributable to controlling interest is as follows (in thousands):

| | Three months ended December 31 | | |
|---|---|---|---|
| | 2013 | 2012 | Change $ |
| Total profit for all segments | $ 7,125 | $ 5,053 | $ 2,072 |
| Recapture of intersegment profit | 1,159 | 490 | 669 |
| Net income attributable to non-controlling interest | (19) | (37) | 18 |
| Net income from continuing operations | 8,265 | 5,506 | 2,759 |
| Income from discontinued operations, (net of tax of $1,000) | - | 2,001 | (2,001) |
| Gain on disposal of discontinued operations (net of tax of $1,979) | - | 3,378 | (3,378) |
| Net income attributable to controlling interest | $ 8,265 | $ 10,885 | $ (2,620) |

Astec Industries, Inc.
Segment Revenues and Profits
For the twelve months ended December 31, 2013 and 2012
(in thousands)
(unaudited)

| | Asphalt Group | Aggregate and Mining Group | Mobile Asphalt Paving Group | Underground Group | All Others | Total |
|---|---|---|---|---|---|---|
| 2013 Revenues | 237,959 | 350,514 | 168,444 | 73,104 | 102,977 | 932,998 |
| 2012 Revenues | 234,562 | 355,428 | 158,115 | 82,802 | 105,366 | 936,273 |
| Change $ | 3,397 | (4,914) | 10,329 | (9,698) | (2,389) | (3,275) |
| Change % | 1.4% | (1.4%) | 6.5% | (11.7%) | (2.3%) | (0.3%) |
| | | | | | | |
| 2013 Gross Profit | 59,442 | 87,849 | 36,819 | 5,550 | 17,459 | 207,119 |
| 2013 Gross Profit % | 25.0% | 25.1% | 21.9% | 7.6% | 17.0% | 22.2% |
| 2012 Gross Profit | 54,480 | 90,554 | 34,727 | 9,864 | 18,326 | 207,951 |
| 2012 Gross Profit % | 23.2% | 25.5% | 22.0% | 11.9% | 17.4% | 22.2% |
| Change | 4,962 | (2,705) | 2,092 | (4,314) | (867) | (832) |
| | | | | | | |
| 2013 Profit (Loss) | 26,962 | 33,031 | 11,767 | (4,902) | (27,375) | 39,483 |
| 2012 Profit (Loss) | 22,012 | 34,687 | 10,721 | (2,238) | (30,453) | 34,729 |
| Change $ | 4,950 | (1,656) | 1,046 | (2,664) | 3,078 | 4,754 |
| Change % | 22.5% | (4.8%) | 9.8% | (119.0%) | 10.1% | 13.7% |

Segment revenues are reported net of intersegment revenues. Segment gross profit is net of profit on intersegment revenues. A reconciliation of total segment profits to the Company's net income attributable to controlling interest is as follows (in thousands):

| | Twelve months ended December 31 | | |
|---|---|---|---|
| | 2013 | 2012 | Change $ |
| Total profit for all segments | $ 39,483 | $ 34,729 | $ 4,754 |
| Elimination of intersegment profit | (269) | (519) | 250 |
| Net income attributable to non-controlling interest | (172) | (161) | (11) |
| Net income from continuing operations | 39,042 | 34,049 | 4,993 |
| Income from discontinued operations, (net of tax of $1,817) | - | 3,401 | (3,401) |
| Gain on disposal of discontinued operations (net of tax of $1,979) | - | 3,378 | (3,378) |
| Net income attributable to controlling interest | $ 39,042 | $ 40,828 | $ (1,786) |

Astec Industries, Inc.
Backlog by Segment
December 31, 2013 and 2012
(in thousands)
(Unaudited)

| | Asphalt Group | Aggregate and Mining Group | Mobile Asphalt Paving Group | Underground Group | All Others | Total |
|---|---|---|---|---|---|---|
| 2013 Backlog | 153,719 | 105,022 | 6,090 | 14,573 | 10,838 | 290,242 |
| 2012 Backlog | 139,828 | 88,123 | 4,265 | 13,904 | 17,671 | 263,791 |
| Change $ | 13,891 | 16,899 | 1,825 | 669 | (6,833) | 26,451 |
| Change % | 9.9% | 19.2% | 42.8% | 4.8% | (38.7%) | 10.0% |

Case 1:19-cv-00024-CEA-CHS    Document 63-7    Filed 10/25/19    Page 10 of 10
PageID #: 1089