# Exhibit I

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**
## FORM 8-K
**CURRENT REPORT**
Pursuant to Section 13 OR 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): **March 1, 2019**
# ASTEC INDUSTRIES, INC.
(Exact name of registrant as specified in its charter)

| **Tennessee** | **001-11595** | **62-0873631** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1725 Shepherd Rd., Chattanooga, TN**
(Address of principal executive offices)

**(423) 899-5898**
Registrant's telephone number, including area code
**N/A**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).
Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02. Results of Operations and Financial Condition**

On March 1, 2019 Astec Industries, Inc. (the "Company") reported results of operations for the fourth quarter and year ended December 31, 2018. A copy of the press release issued by the Company is attached as Exhibit 99.1.

**Item 9.01. Financial Statements and Exhibits**
    (d)   Exhibits
    99.1  Press release dated February 26, 2019 issued by the Company

**SIGNATURES**

    Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

|  |  |
|---|---|
|  | **Astec Industries, Inc.** |
|  | (Registrant) |
| Date: March 1, 2019 | By:  /s/ David C. Silvious |
|  | David C. Silvious |
|  | Chief Financial Officer, |
|  | Vice President and Treasurer |

**EXHIBIT INDEX**

99.1      Earnings release dated March 1, 2019 issued by the Company

Exhibit 99-1

# Astec Industries, Inc.
## NEWS RELEASE
**1725 Shepherd Rd. - Chattanooga, TN 37421 - Phone (423) 899-5898 - Fax (423) 899-4456**

### Astec Industries Reports Fourth Quarter and Full Year 2018 Results

*Net Sales for 2018 of $1.172 Billion; Adjusted Net Sales for 2018 of $1.246 Billion*
*Grew 5.9% Over 2017*

*Loss Per Share for 2018 of $2.64; Adjusted Earnings Per Share for 2018 of $2.92*
*Increased 17.3% Over 2017*

*Company Exits Wood Pellet Plant Business*

CHATTANOOGA, Tenn. - March 1, 2019 - Astec Industries, Inc. (Nasdaq: ASTE) today reported results for the fourth quarter and year ended December 31, 2018.

Net sales for the fourth quarter of 2018 were $317.0 million compared to $312.4 million for the fourth quarter of 2017, a 1.5% increase. Domestic sales increased 1.1% to $248.2 million for the fourth quarter of 2018 from $245.4 million for the fourth quarter of 2017. International sales were $68.8 million for the fourth quarter of 2018 compared to $67.0 million for the fourth quarter of 2017, an increase of 2.8%.

Losses for the fourth quarter of 2018 were $47.0 million, for a loss of $2.08 per share, which includes the charges described below, compared to earnings of $10.9 million, or $0.47 per share, for the fourth quarter of 2017, which includes a $1.1 million income tax benefit from U.S. Tax Reform legislation.

Net sales for 2018 were $1.172 billion compared to $1.185 billion for 2017, a 1.1% decrease. Domestic sales decreased 1.8% to $915.8 million for 2018 from $932.3 million for 2017. International sales were $255.8 million for 2018 compared to $252.4 million for 2017, an increase of 1.3%.

Losses for 2018 were $60.4 million, for a loss of $2.64 per diluted share, which includes the charges described below, compared to earnings of $37.8 million, or $1.63 per diluted share, for 2017, which includes the aforementioned income tax benefit.

In the fourth quarter of 2018, the Company recorded charges totaling $90.6 million resulting from a write-off related to the Hazlehurst wood pellet plant, an inventory valuation adjustment, the exit of a subsidiary business in Germany and an impairment of goodwill. The following financial information for the fourth quarters and full years ended December 31, 2018 and 2017 excludes all of the impact of wood pellet plant activity, as well as the other fourth quarter 2018 charges, on the Company's results during those periods:

> Net sales for the fourth quarter of 2018 were $317.0 million compared to $306.8 million for the fourth quarter of 2017, a 3.3% increase. Domestic sales increased 3.5% to $248.2 million for the fourth quarter of 2018 from $239.8 million for the same period of 2017.

Net income for the fourth quarter of 2018 was $14.0 million or $0.61 per diluted share, compared to net income of $13.2 million or $0.57 per diluted share for the same period of 2017, an increase in earnings per share of 7.0%.

Net sales for 2018 were $1.246 billion compared to $1.177 billion for 2017, an increase of 5.9%. Domestic sales increased 7.2% to $990.6 million for 2018 from $924.3 million for 2017.

Net income for 2018 was $67.3 million or $2.92 per diluted share, compared to net income of $57.7 million or $2.49 per diluted share for the same period in 2017, an increase in earnings per share of 17.4%.

Commenting on the quarterly and full year results, Richard J. Dorris, Interim Chief Executive Officer, stated, "We are pleased with the 17.4% growth in adjusted earnings for the full year. Our core businesses remain strong and we continue to gain positive momentum. While results in our Infrastructure Group for the fourth quarter and year reflect our decision to exit the wood pellet plant business and a decrease in international sales, we are optimistic about opportunities for this segment in the coming year. We saw a good mix of activity across commercial and private construction driving performance in our Aggregate and Mining Group both domestically and internationally for the year, while 2018 sales growth in our Energy Group was driven by improved domestic sales. While we remain focused on execution in our individual segments, we continue to make progress in our strategic sourcing initiative and anticipate it will yield positive results in our procurement operations once it is completed in the second quarter. We are also working to identify further manufacturing cost optimization opportunities and look forward to providing more details as we move forward with these projects."

Mr. Dorris continued, "During the past year, Astec's Board and management team have taken decisive steps to improve the Company's financial performance and ensure capital is directed to the areas that we believe will drive the greatest value for all shareholders. We made decisions to exit the wood pellet plant business, recording a write-off of our Hazlehurst plant in the fourth quarter, and discontinued operations at our underperforming subsidiary in Germany. While these actions resulted in one-time charges being recognized in the fourth quarter, we are confident these actions have strengthened our business for the future. We remain focused on executing our strategy and growing our leadership position in the manufacturing of equipment for the infrastructure, aggregate, mining and energy industries."

The Company's backlog at December 31, 2018 was $345.0 million compared to $411.5 million at December 31, 2017, a decrease of $66.5 million or 16.2%. Domestic backlog decreased 22.4% to $260.7 million at December 31, 2018 from $335.9 million at December 31, 2017, reflecting a $60.2 million reduction in pellet plant related backlog. International backlog increased 11.5% to $84.2 million at December 31, 2018 from $75.6 million at December 31, 2017. Excluding pellet plant backlogs, the Company's December 31, 2018 backlog decreased $6.3 million, or 1.5%, compared to December 31, 2017.

Consolidated financial information for the fourth quarter and year ended December 31, 2018 and additional information related to segment revenues and profits are attached as addenda to this press release.

Case 1:19-cv-00024-CEA-CHS     Document 63-11     Filed 10/25/19     Page 5 of 13
PageID #: 1103

The Company identified certain material weaknesses in its internal control over financial reporting. As a result, the Company needs additional time to complete the compilation of information and finalization of its assessment of the effectiveness of internal control over financial reporting for its consolidated financial statements and related disclosures to be filed as part of the 2018 Form 10-K. The Company will file a Form 12b-25 with the Securities and Exchange Commission in order to extend the due date of its 2018 Annual Report on Form 10-K for 15 days, as permitted by Rule 12b-25 under the Securities Exchange Act.

**Investor Conference Call and Web Simulcast**

Astec will conduct a conference call today at 10:00 A.M Eastern Time to review its fourth quarter and full year results as well as current business conditions. The number to call for this interactive teleconference is (866) 682-6100. International callers should dial (862) 298-0702.

The Company will also provide an online Web simulcast and rebroadcast of the conference call. The live broadcast of Astec's conference call will be available online at the Company's website: www.astecindustries.com/conferencecalls. An archived webcast will be available for 90 days at www.astecindustries.com.

A replay of the conference call will be available through midnight on Friday, March 15, 2019 by dialing (877) 481-4010, or (919) 882-2331 for international callers, Conference ID #43156. A transcript of the conference call will be made available under the Investor Relations section of the Astec Industries, Inc. website within 5 business days after the call.

Astec Industries, Inc., (www.astecindustries.com), is a manufacturer of specialized equipment for asphalt road building; aggregate processing; oil, gas and water well drilling and concrete production. Astec's manufacturing operations are divided into three primary business segments: road building, (Infrastructure Group); aggregate processing and mining equipment (Aggregate and Mining Group); and equipment for the extraction and production of fuels and water drilling equipment (Energy Group).

The information contained in this press release contains "forward-looking statements" (within the meaning of the Private Securities Litigation Reform Act of 1995) regarding the future performance of the Company, including statements about the effects on the Company from (i) the introduction of new asphalt plant models, (ii) international demand, (iii) manufacturing cost optimization, (iv) its backlog activity, and (v) the Company's strategic sourcing initiatives. These forward-looking statements reflect management's expectations and are based upon currently available information, and the Company undertakes no obligation to update or revise such statements. These statements are not guarantees of performance and are inherently subject to risks and uncertainties, many of which cannot be predicted or anticipated. Future events and actual results, financial or otherwise, could differ materially from those expressed in or implied by the forward-looking statements. Important factors that could cause future events or actual results to differ materially include: general uncertainty in the economy, oil, gas and liquid asphalt prices, rising steel prices, decreased funding for highway projects, the relative strength/weakness of the dollar to foreign currencies, production capacity, general business conditions in the industry, demand for the Company's products, seasonality and cyclicality in operating results, seasonality of sales volumes or lower than expected sales volumes, lower than expected margins on custom equipment orders, competitive activity, tax rates and the impact of future legislation thereon, and those other factors listed from time to time in the Company's reports filed with the Securities and Exchange Commission, including but not limited to the Company's annual report on Form 10-K for the year ended December 31, 2017.

3

**For Additional Information Contact:**

David C. Silvious
Vice President and Chief Financial Officer
Phone: (423) 899-5898
Fax: (423) 899-4456
E-mail: dsilvious@astecindustries.com

Or

Stephen C. Anderson
Vice President, Director of Investor Relations & Corporate Secretary
Phone: (423) 899-5898
Fax: (423) 899-4456
E-mail: sanderson@astecindustries.com

**Astec Industries, Inc.**
**Condensed Consolidated Balance Sheets**
**(in thousands)**
**(unaudited)**

| | | Dec-18 2018 | | Dec-18 2017 |
|---|---|---|---|---|
| Assets | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 25,821 | $ | 62,280 |
| Investments | | 1,946 | | 1,624 |
| Receivables, net | | 133,979 | | 119,952 |
| Inventories | | 355,944 | | 391,379 |
| Prepaid expenses and other | | 43,301 | | 27,734 |
| Total current assets | | 560,991 | | 602,969 |
| Property and equipment, net | | 192,448 | | 190,396 |
| Other assets | | 102,018 | | 96,214 |
| Total assets | $ | 855,457 | $ | 889,579 |
| Liabilities and equity | | | | |
| Current liabilities | | | | |
| Accounts payable - trade | $ | 70,614 | $ | 60,417 |
| Other current liabilities | | 118,617 | | 118,729 |
| Total current liabilities | | 189,231 | | 179,146 |
| Long-term debt, less current maturities | | 59,709 | | 1,575 |
| Non-current liabilities | | 21,227 | | 22,093 |
| Total equity | | 585,290 | | 686,765 |
| Total liabilities and equity | $ | 855,457 | $ | 889,579 |

5

Case 1:19-cv-00024-CEA-CHS    Document 63-11    Filed 10/25/19    Page 8 of 13 PageID #: 1106

**Astec Industries, Inc.**
**Condensed Consolidated Statements of Operations**
**(in thousands, except per share data)**
**(unaudited)**

| | Three Months Ended | | | | Twelve Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | | Dec 31 2018 | | Dec 31 2017 | | Dec 31 2018 | | Dec 31 2017 |
| Net sales | $ | 317,005 | $ | 312,375 | $ | 1,171,599 | $ | 1,184,739 |
| Cost of sales | | 318,636 | | 249,625 | | 1,035,833 | | 941,610 |
| Gross profit (loss) | | (1,631) | | 62,750 | | 135,766 | | 243,129 |
| Selling, general, administrative & engineering expenses | | 54,732 | | 44,756 | | 209,127 | | 187,592 |
| Restructuring and asset impairment charges | | 13,060 | | - | | 13,060 | | - |
| Income (loss) from operations | | (69,423) | | 17,994 | | (86,421) | | 55,537 |
| Interest expense | | (557) | | (202) | | (1,045) | | (840) |
| Other | | 11 | | 702 | | 1,783 | | 2,725 |
| Income (loss) before income taxes | | (69,969) | | 18,494 | | (85,683) | | 57,422 |
| Income taxes | | (22,932) | | 7,572 | | (25,234) | | 19,627 |
| Net income (loss) attributable to controlling interest | $ | (47,037) | $ | 10,922 | $ | (60,449) | $ | 37,795 |
| Earnings (loss) per Common Share | | | | | | | | |
| Net income (loss) attributable to controlling interest | | | | | | | | |
| Basic | $ | (2.08) | $ | 0.47 | $ | (2.64) | $ | 1.64 |
| Diluted | $ | (2.08) | $ | 0.47 | $ | (2.64) | $ | 1.63 |
| Weighted average common shares outstanding | | | | | | | | |
| Basic | | 22,582 | | 23,033 | | 22,902 | | 23,025 |
| Diluted | | 22,582 | | 23,194 | | 22,902 | | 23,184 |

6

**Astec Industries, Inc.**
**Segment Revenues and Profits (Losses)**
**For the three months ended December 31, 2018 and 2017**
**(in thousands)**
**(unaudited**

| | Infrastructure Group | Aggregate and Mining Group | Energy Group | Corporate | Total |
|---|---|---|---|---|---|
| 2018 Revenues | 124,930 | 116,064 | 76,011 | - | 317,005 |
| 2017 Revenues | 146,666 | 96,515 | 69,194 | - | 312,375 |
| Change $ | (21,736) | 19,549 | 6,817 | - | 4,630 |
| Change % | (14.8%) | 20.3% | 9.9% | - | 1.5% |
| 2018 Gross Profit (Loss) | (41,462) | 30,347 | 9,375 | 109 | (1,631) |
| 2018 Gross Profit (Loss) % | (33.2%) | 26.1% | 12.3% | - | (0.5%) |
| 2017 Gross Profit | 26,632 | 19,140 | 16,601 | 377 | 62,750 |
| 2017 Gross Profit % | 18.2% | 19.8% | 24.0% | - | 20.1% |
| Change | (68,094) | 11,207 | (7,226) | (268) | (64,381) |
| 2018 Profit (Loss) | (69,833) | 10,796 | (13,336) | 22,015 | (50,358) |
| 2017 Profit (Loss) | 11,096 | 6,388 | 5,864 | (13,297) | 10,051 |
| Change $ | (80,929) | 4,408 | (19,200) | 35,312 | (60,409) |
| Change % | (729.4%) | 69.0% | (327.4%) | 265.6% | (601.0%) |

Segment revenues are reported net of intersegment revenues. Segment gross profit (loss) is net of profit on intersegment revenues. A reconciliation of total segment profits (losses) to the Company's net income (loss) attributable to controlling interest is as follows (in thousands):

| | | Three months ended December 31 | | | | |
|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | Change $ |
| Total profit (loss) for all segments | $ | (50,358) | $ | 10,051 | $ | (60,409) |
| Recapture of intersegment profit | | 3,263 | | 803 | | 2,460 |
| Net loss attributable to non-controlling interest | | 58 | | 68 | | (10) |
| Net income (loss) attributable to controlling interest | $ | (47,037) | $ | 10,922 | $ | (57,959) |

7

**Astec Industries, Inc.**
**Segment Revenues and Profits (Losses)**
**For the twelve months ended December 31, 2018 and 2017**
**(in thousands)**
(unaudited)

| | Infrastructure Group | Aggregate and Mining Group | Energy Group | Corporate | Total |
|---|---|---|---|---|---|
| 2018 Revenues | 442,289 | 453,164 | 276,146 | - | 1,171,599 |
| 2017 Revenues | 553,691 | 403,720 | 227,328 | - | 1,184,739 |
| Change $ | (111,402) | 49,444 | 48,818 | - | (13,140) |
| Change % | (20.1%) | 12.2% | 21.5% | - | (1.1%) |
| 2018 Gross Profit (Loss) | (37,357) | 112,972 | 59,751 | 400 | 135,766 |
| 2018 Gross Profit (Loss) % | (8.4%) | 24.9% | 21.6% | - | 11.6% |
| 2017 Gross Profit | 93,027 | 93,792 | 55,774 | 536 | 243,129 |
| 2017 Gross Profit % | 16.8% | 23.2% | 24.5% | - | 20.5% |
| Change | (130,384) | 19,180 | 3,977 | (136) | (107,363) |
| 2018 Profit (Loss) | (112,954) | 45,464 | 3,070 | 1,586 | (62,834) |
| 2017 Profit (Loss) | 26,641 | 35,748 | 16,219 | (40,963) | 37,645 |
| Change $ | (139,595) | 9,716 | (13,149) | 42,549 | (100,479) |
| Change % | (524.0%) | 27.2% | (81.1%) | 103.9% | (266.9%) |

Segment revenues are reported net of intersegment revenues. Segment gross profit (loss) is net of profit on intersegment revenues. A reconciliation of total segment profits (losses) to the Company's net income (loss) attributable to controlling interest is as follows (in thousands):

| | | Twelve months ended December 31 | | | | |
|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | Change $ |
| Total profit (loss) for all segments | $ | (62,834) | $ | 37,645 | $ | (100,479) |
| Recapture (elimination) of intersegment profit | | 2,090 | | (55) | | 2,145 |
| Net loss attributable to non-controlling interest | | 295 | | 205 | | 90 |
| Net income (loss) attributable to controlling interest | $ | (60,449) | $ | 37,795 | $ | (98,244) |

**Astec Industries, Inc.**
**Backlog by Segment**
**December 31, 2018 and 2017**
**(in thousands)**
**(unaudited)**

| | Infrastructure Group | Aggregate and Mining Group | Energy Group | Total |
|---|---|---|---|---|
| 2018 Backlog | 149,437 | 130,691 | 64,834 | 344,962 |
| 2017 Backlog | 239,495 | 116,987 | 54,987 | 411,469 |
| Change $ | (90,058) | 13,704 | 9,847 | (66,507) |
| Change % | (37.6%) | 11.7% | 17.9% | (16.2%) |

## GLOSSARY

In its earnings release, Astec refers to various GAAP (U.S. generally accepted accounting principles) and non-GAAP financial measures. These non-GAAP measures may not be comparable to similarly titled measures being disclosed by other companies. Non-GAAP financial measures should be considered in addition to, and not in lieu of, GAAP financial measures. Nonetheless, this non-GAAP information can be useful in understanding the Company's operating results and the performance of its core businesses.

The amounts described below are unaudited, reported in thousands of U.S. dollars (except share data), and as of or for the periods indicated.

| Q4 2018 | As Reported (GAAP) | Pellet Plant Impairment | Inventory Valuation Provision | German Subsidiary Liquidation | Goodwill Impairment | As Adjusted (Non-GAAP) |
|---|---|---|---|---|---|---|
| Net Sales | 317,005 | - | - | - | - | 317,005 |
| Domestic Sales | 248,183 | - | - | - | - | 248,183 |
| GM | (1,631) | (65,706) | (10,763) | (1,106) | - | 75,944 |
| GM% | -0.5% | - | - | - | - | 24.0% |
| Op Income | (69,423) | (65,706) | (10,763) | (2,976) | (11,190) | 21,212 |
| Income Tax (Benefit) Expense (1) | (22,932) | (20,486) | (2,826) | (3,557) | (2,759) | 6,696 |
| Net (Loss) Income | (47,037) | (45,220) | (7,937) | 581 | (8,431) | 13,970 |
| EPS | (2.08) | (2.00) | (0.35) | 0.03 | (0.37) | 0.61 |
| **FYE 2018** | | | | | | |
| Net Sales | 1,171,599 | (74,778) | - | - | - | 1,246,377 |
| Domestic Sales | 915,814 | (74,778) | - | - | - | 990,592 |
| GM | 135,766 | (149,317) | (10,763) | (1,106) | - | 296,952 |
| GM% | 11.6% | - | - | - | - | 23.8% |
| Op Income | (86,421) | (149,317) | (10,763) | (2,976) | (11,190) | 87,825 |
| Income Tax (Benefit) Expense (1) | (25,234) | (37,360) | (2,826) | (3,557) | (2,759) | 21,268 |
| Net (Loss) Income | (60,449) | (111,957) | (7,937) | 581 | (8,431) | 67,295 |
| EPS | (2.64) | (4.89) | (0.35) | 0.03 | (0.37) | 2.92 |

(1) Tax effect on adjustments is calculated using the applicable jurisdictional blended tax rate.

9

| Q4 2017 | As Reported (GAAP) | Pellet Plant Impairment | As Adjusted (Non-GAAP) |
|---|---|---|---|
| Net Sales | 312,375 | 5,617 | 306,758 |
| Domestic Sales | 245,412 | 5,617 | 239,795 |
| GM | 62,750 | (3,452) | 66,202 |
| *GM%* | *20.1%* | *(61.5%)* | *21.6%* |
| Op Income | 17,994 | (3,452) | 21,446 |
| Income Tax (Benefit) Expense (1) | 7,572 | (1,216) | 8,788 |
| Net (Loss) Income | 10,923 | (2,236) | 13,159 |
| EPS | 0.47 | (0.10) | 0.57 |
| **FYE 2017** | | | |
| Net Sales | 1,184,739 | 7,987 | 1,176,752 |
| Domestic Sales | 932,294 | 7,987 | 924,307 |
| GM | 243,129 | (30,550) | 273,679 |
| *GM%* | *20.5%* | *(382.5%)* | *23.3%* |
| Op Income | 55,537 | (30,550) | 86,087 |
| Income Tax (Benefit) Expense (1) | 19,627 | (10,644) | 30,271 |
| Net (Loss) Income | 37,795 | (19,906) | 57,701 |
| EPS | 1.63 | (0.86) | 2.49 |

(1) Tax effect on adjustments is calculated using the applicable jurisdictional blended tax rate.

10