| | | |
|---|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 1:19-cv-00024-PLR-CHS |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Chief Judge Pamela L. Reeves |
| ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK, DAVID C. SILVIOUS, and MALCOLM SWANSON, | ) ) ) ) | Mag. Judge Christopher H. Steger |
| Defendants. | ) ) | |

## DECLARATION OF JOHN A. JORDAK, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, John A. Jordak, Jr., declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Georgia and New York bars and have been admitted to practice in this Court. I am a member at the law firm of Alston & Bird and am counsel for Defendants Astec Industries, Inc. ("Astec" or the "Company"), Benjamin G. Brock, David C. Silvious, and Malcolm Swanson (collectively, the "Defendants"). I hereby submit this Declaration in support of Defendants' Motion to Dismiss The Amended Complaint. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibits A through I to this Declaration are true and correct copies of the following documents:

- **Exhibit A**: Print-out of "About Us" webpage from Astec website, accessed on October 24, 2019 and available at *http://www.astecindustries.com/about-us.html.*

- **Exhibit B:** Print-out of online article, *Astec Industries Pioneer & Industry Innovator Don Brock Dies,* WASHINGTON NEWSLINE (Mar. 16, 2015), available at https://newsline.artba.org/2015/03/16/astec-industries-pioneer-industry-innovator-don-brock-dies/.

- **Exhibit C**: Excerpt of Astec Form 10-K, dated March 18, 2019, for the fiscal year ended December 31, 2018.

- **Exhibit D**: Excerpt of Astec Form 10-K, dated March 1, 2017, for the fiscal year ended December 31, 2016.

- **Exhibit E**: Astec Form 8-K, dated February 25, 2014.

- **Exhibit F**: Excerpt of Astec Earnings Call Transcript, dated February 21, 2017.

- **Exhibit G**: Excerpt of Astec Form 10-K, dated March 1, 2018, for the fiscal year ended December 31, 2017.

- **Exhibit H**: Excerpt of Astec Earnings Call Transcript, dated July 24, 2018.

- **Exhibit I**: Astec Form 8-K, dated March 1, 2019.

3.      Pursuant to 26 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on October 25, 2019 in Atlanta, Georgia.

_____
John A. Jordak, Jr. (*admitted pro hac vice*)
Georgia Bar Number 404250

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, I electronically filed the foregoing **DECLARATION OF JOHN A. JORDAK, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon all Counsel of Record.

**ALSTON & BIRD**

By:  /s/ John A. Jordak, Jr.
John A. Jordak, Jr. (*admitted pro hac vice*)
Georgia Bar Number 404250