# Exhibit F



# Q4 2016 Astec Industries Inc Earnings Call - Final

FD (Fair Disclosure) Wire

February 21, 2017 Tuesday

Copyright 2017 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2017 CCBN, Inc.

**Length:** 9228 words

## Body

Corporate Participants

* Steve Anderson

Astec Industries, Inc. - VP of Administration, Director of IR

* David Silvious

Astec Industries, Inc. - CFO

* Ben Brock

Astec Industries, Inc - President and CEO

* Richard Dorris

Astec Industries, Inc. - EVP, COO

Conference Call Participants

* Mig Dobre

Robert W. Baird & Company, Inc. - Analyst

* Stanley Elliott

Stifel Nicolaus - Analyst

* Jordan Bender

Seaport Global Securities - Analyst

* Mario Gabelli

GAMCO Investors - Analyst

That takes a total team effort to execute a very good year and we look forward to getting even better in 2017. As we commented in the earnings release this morning, we're pleased with our fourth quarter and our full year 2016 results. Our headwinds are still constant. The low yet stabilizing oil and natural gas prices, the global mining industry glut and the strong US dollar all continued to present challenges to us.

We continue to secure and ship orders as a result of the passage Federal Highway Bill in the United States which allowed us to earn a good result for the quarter and for the year in our traditional business areas. As David covered during his comments, we recognized a much larger than anticipated $70.6 million in pellet plant revenue during the quarter. Frankly we're just ahead of where we thought we were and it's a big project but I guess if you're going to be ahead, it's better than being behind. But $70.6 million in pellet plant revenue during the quarter.

Our earnings per share were $0.53 per share versus $0.16 per share in the fourth quarter of 2015, an increase of 231%. The sales in the fourth quarter were $326.6 million versus $215 million, an increase of 52%. Year-to-date sales as I mentioned were right at $1.15 billion versus $983 million last year, an increase of 17% and earnings per share at $2.38 per share for the year versus $1.42, an increase of 68%. And as mentioned our EBITDA was up to $112.7 million versus $77.7 million, an increase of $44.4%.

Again we mentioned our backlogs. Our January 31st backlog was a new January record at $386.3 million. Our infrastructure group continued good order intake during the quarter mainly as a result of the Federal Highway Bill in the US. Our aggregate mining group also saw increased backlog again mainly as a result of the Federal Highway Bill. Our energy group backlog was down slightly however we experienced good order intake in the group during January for products targeted at the construction industry and we also experienced a slightly increased quoting activity for our oil and gas drilling products.

Domestic backlog was up 13% year-over-year in international backlog was up 16%. Our higher backlog and domestic again was primarily due to the passage of the long-term Federal Highway Bill and good private sector work levels continued for our infrastructure customers. Regarding our increased international backlog, we continue to experience slight improvement in international quoting and sales. Our increase in backlog in internationals once again a direct result of pent up demand and our team (inaudible) where we could for orders.

One thing I would add to that is I did travel to Europe during-- already this year and the feedback is things seem to be getting better there as a whole. Despite our gains, internationally, the strong US dollar remains a significant headwinds for our export efforts. Our Astec do Brasil facility experienced a very, very slight increase in quoting activity in Brazil. However we believe that economic and political environment remains a challenge to us for at least the rest of this year in Brazil. We continue to pursue work for the facility in countries that surround Brazil. We're maintaining our international effort despite the challenge presented to us by the strong dollar and depressed mining industries in our key markets.

While we're keeping our long view with regards to international, we do see the strong dollar flat oil prices and flat mining conditions remaining in place for the foreseeable future. Changing subjects to the Hazlehurst, Georgia pellet plant that we had discussed in several calls, and this is the first pellet plant that we built. Sometimes it gets a little confusing with Hazlehurst and Highland. This is the Hazlehurst, the first pellet plant. As a continuing reminder it was a new product that we chose to finance. As a result we're recognize the revenue for this plant as we are paid. This will have an effect on our cash and inventory until it's paid in full. In order for all three lines is for $60 million. In December we agreed with the partners of Hazlehurst to extend the loan term to final payment due at December 2018 in lieu of July 2017.

Given the fact that Hazlehurst has a good partner to help us get into the business, has allowed several potential customers including Highland Pellets, our second pellet plant we sold to visit the site for sales purposes we agreed to the extension. The main reason for the extension is it a temporary lull in wood pellet demand that is widely expected to recover this year. We now expect the final payment in December 2018 and as a reminder the interest on the rate-- the interest rate on note is 6%. With regards to Hazlehurst, please keep in mind that we're carrying it on our books is break even so its effect on us is only inventory and cash.