# Exhibit H



# Q2 2018 Astec Industries Inc Earnings Call - Final

FD (Fair Disclosure) Wire

July 24, 2018 Tuesday

Copyright 2018  ASC Services II Media, LLC
All Rights Reserved

Copyright 2018 CCBN, Inc.

**Length:** 7181 words

## Body

Corporate Participants

* Benjamin G. Brock

Astec Industries, Inc. - CEO, President & Director

* David C. Silvious

Astec Industries, Inc. - CFO, VP & Treasurer

* Stephen C. Anderson

Astec Industries, Inc. - VP of Administration, Director of IR, Compliance Officer & Corporate Secretary

Conference Call Participants

* Lawrence Tighe De Maria

William Blair & Company L.L.C., Research Division - Co-Group Head of Global Industrial Infrastructure

* Michael Shlisky

Seaport Global Securities LLC, Research Division - Director & Senior Industrials Analyst

* Mircea Dobre

Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst

* Stanley Stoker Elliott

Stifel, Nicolaus & Company, Incorporated, Research Division - VP & Analyst

Presentation

OPERATOR: Greetings, and welcome to the Astec Industries Second Quarter 2018 Conference Call. (Operator Instructions) As a reminder, this conference is being recorded.

Our domestic backlog was down and our international backlog was up year-over-year. The main reason for the decrease in domestic backlog was in our Infrastructure Group, as explained earlier. Our domestic quote activity remains very good, primarily due to the current long-term Highway Bill in place, steady state in local government infrastructure spending and good private sector work levels for the majority of our infrastructure customers.

Our international backlog increase was mainly due to increased activity in Latin America. Our Astec Do Brasil subsidiary continued to experience increased quoting activity.

Changing subjects to the Energy Group. We experienced good sales activity during the second quarter for products targeted at the infrastructure, oil, chemical and food industries, which contributed to increased backlog in the group. Sales of wood chippers and grinders also remained consistent during the quarter. Our concrete plants are built in the Energy Group, and quoting activity is good for these plants. We are optimistic on our outlook in the Energy Group.

As a reminder, our new product development continues in all groups, however, at a more typical rate versus the high rates of R&D in 2016 and 2017. From our last earnings release to now, orders have been down in the Infrastructure Group, as our customers focus on construction projects, improving in Aggregate and Mining Group and improving in the Energy Group. Due to quote levels in the Infrastructure Group, we remain optimistic on infrastructure. Bright spots for activity are hot mix asphalt equipment quote activity; concrete plant sales; industrial heating system sales for oil, gas and chemical industries; wood chippers and grinders; aggregate crushing and screening equipment, quoting activity; and international quote activity.

Year-to-date, parts sales were up versus last year. Parts sales do remain a key part of our business, and we are focused on continuing to improve parts sales.

Turning to our decision to exit the Arkansas wood pellet plant agreements and define our wood pellet strategy. As we mentioned on our last earnings call, we were on track but tight with regards to running the test required to fulfill our obligations to our customer. In mid-June, we ran into new technical issues that would not allow us to meet our obligations with regards to the timing of the reliability test for our customer. Given our original agreements with the customer and our position with regards to the reliability test, we worked in great partnership with our customer to come to an agreement that satisfies all of our obligations with regards to all agreements with the customer.

While the charge to finalize our obligations on this project is significant, we believe it is in the best interest of the company and our shareholders. Today's announced charge will help us focus in a better way on our core business, while we continue our -- to offer aftermarket and on-site service and parts for wood pellet plant as well as continue to offer proven wood pellet plant equipment for sale as equipment suppliers only. We remain confident in the wood pellet industry's potential over the long term.

Referencing our first pellet plant delivered to our customer in Georgia, the plant is running on our agreements, and $60 million loan remain in place. As a reminder, the loan is due in December. We are working collaboratively with the customer in Georgia, as a potential sale of this plant is being contemplated. NDAs are in place with multiple prospects for this plant, and we believe the plant could be sold, at least, by December, if not before.

Moving to other strategic updates we announced today, we have engaged Maine Pointe, a globally recognized consulting firm, to undertake a strategic sourcing review, along with our team, to evaluate opportunities for gains in our procurement operations. Maine Pointe has particular expertise in the industrial equipment supplier industry. And they will work closely with our team, including our Director of Procurement and VP of Operational Excellence, to conduct the review. This review started July 9, and we look forward to providing an update on our progress on this initiative on our third quarter earnings call.

Changing subjects to our capital allocation strategy. As we are working to optimize our cost structure, we're also working with our board in evaluating the company's capital allocation strategy to ensure capital is directed to the areas that will drive the greatest value for shareholders.