CITY OF TAYLOR GENERAL
EMPLOYEES RETIREMENT SYSTEM,

Plaintiff,

v.

ASTEC INDUSTRIES, INC., BENJAMIN
G. BROCK, DAVID C. SILVIOUS, AND
MALCOLM SWANSON,

Defendants.

CIVIL ACTION NO 1:19-CV-00024-PLR-CHS

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW lead plaintiff Lynn Johnson ("Lead Plaintiff") and defendants Astec Industries, Inc., Benjamin G. Brock, David C. Silvious, and Malcolm Swanson (collectively "Defendants" and, together with Lead Plaintiff, the "Parties"), by and through their respective counsel, and jointly move to amend the July 3, 2019 Scheduling Order (the "Scheduling Order") (Doc. No. 55).

WHEREAS, the initial complaint in this action was filed on February 1, 2019 by City of Taylor General Employees Retirement System (Doc. No. 1);

WHEREAS, on June 26, 2019, the Court entered an Order appointing Lynn Johnson as Lead Plaintiff (Doc. No. 53);

WHEREAS, on July 3, 2019 the Court entered the Scheduling Order setting forth the deadline for Lead Plaintiff to file an amended complaint (the "Complaint"), for Defendants' responses thereto and, if applicable, for any subsequent motion to dismiss briefing;

WHEREAS, the Scheduling Order set forth the following deadlines:

- Lead Plaintiff shall file his Complaint by August 26, 2019;

- Defendants shall move, answer, or otherwise respond to the Complaint within sixty (60) days from the filing of the Complaint;

- If Defendants move to dismiss the Complaint, Lead Plaintiff shall have sixty (60) days from the filing of the motion to dismiss to file an opposition to the motion to dismiss;

- Defendant shall have thirty (30) days from the filing of Plaintiff's opposition to file a reply in further support of their Motion to Dismiss.

WHEREAS, Lead Plaintiff filed his Complaint on August 26, 2019 (Doc. No. 56);

WHEREAS, Defendants responded to the Complaint on October 25, 2019 and filed Defendants' Motion to Dismiss Amended Complaint (Doc. No. 63) and Memorandum of Law in Support of Defendants' Motion to Dismiss Amended Complaint (Doc. No. 66);

WHEREAS, Lead Plaintiff's opposition to Defendants' Motion to Dismiss Amended Complaint is due on December 24, 2019 under the current Scheduling Order;

WHEREAS, the Parties have met and conferred by email regarding the proposed amended schedule herein;

NOW, THEREFORE, THE PARTIES JOINTLY MOVE TO AMEND THE SCHEDULING ORDER AS FOLLOWS:

1. Lead Plaintiff shall file any opposition to Defendants' Motion to Dismiss Amended Complaint on or before January 7, 2020;

2. Defendants shall file their reply in further support of Defendants' Motion to Dismiss Amended Complaint on or before February 14, 2020.

Respectfully submitted, this 3rd day of December, 2019.

**THE ROSEN LAW FIRM P.A.**

By: */s/ Daniel Tyre-Karp*
Phillip Kim (*admitted pro hac vice*)
pkim@rosenlegal.com

Daniel Tyre-Karp (*admitted pro hac vice*)
dtyrekarp@rosenlegal.com

275 Madison Avenue, 34th Floor
New York, New York 10016
(212) 686-1060

**BRAMLETT LAW OFFICES**

Paul Kent Bramlett #7387
pknashlaw@aol.com

Robert Preston Bramlett #25895
Robert@bramlettlawoffices.com

40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, Tennessee 37215-0734
(615) 248-2828

*Attorneys for Lead Plaintiff Lynn Johnson*

**ALSTON & BIRD**

By: */s/ John A. Jordak, Jr.*
John A. Jordak, Jr. (*admitted pro hac vice*)
Georgia Bar Number 404250
john.jordak@alston.com

Elizabeth Gingold Clark (*admitted pro hac vice*)
Georgia Bar Number 917979
elizabeth.clark@alston.com

Courtney Quirós (*admitted pro hac vice*)
Georgia Bar Number 527069
courtney.quiros@alston.com

Alston & Bird
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

**CHAMBLISS, BAHNER & STOPHEL, P.C.**

Richard W. Bethea
rbethea@chamblisslaw.com

John G. Jackson
jjackson@chamblisslaw.com

Chambliss, Bahner & Stophel, P.C.
605 Chestnut Street, Suite 1700
Chattanooga, Tennessee 37450
(423) 756-3000

*Attorneys for Defendants Astec Industries, Inc., Benjamin G. Brock, David C. Silvious, and Malcolm Swanson*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of December, 2019, I electronically filed the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon all Counsel of Record.

**ALSTON & BIRD**

By: /s/ *John A. Jordak, Jr.*
John A. Jordak, Jr. (*admitted pro hac vice)*
Georgia Bar Number 404250