| | |
|---|---|
| **CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK, DAVID C. SILVIOUS, AND MALCOLM SWANSON,**<br><br>**Defendants.** | **CIVIL ACTION NO 1:19-CV-00024-PLR-CHS** |

## [PROPOSED] ORDER

This matter having come before the Court on the parties' Joint Motion to Amend Scheduling Order (the "Motion") (Doc. No. __), the Court having reviewed the Motion and the record in this case, and upon the agreement of the parties, it is hereby ordered that the Motion is **GRANTED**. The July 3, 2019 Scheduling Order (Doc. No. 55) is amended as follows:

1. Lead Plaintiff Lynn Johnson shall file any opposition to Defendants' Motion to Dismiss Amended Complaint on or before January 7, 2020;

2. Defendants shall file their reply in further support of Defendants' Motion to Dismiss Amended Complaint on or before February 14, 2020.

**IT IS SO ORDERED** this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE