## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK and DAVID C. SILVIOUS, )<br><br>Defendants. ) | No. 1:19-cv-00024-PLR-CHS<br><br>CLASS ACTION<br><br>Chief Judge Pamela L. Reeves |

### DECLARATION OF DANIEL TYRE-KARP
### IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO
### DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, Daniel Tyre-Karp, declare as follows:

1.      I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the New York bar and have been admitted to practice in this Court. I am a member of the Rosen Law Firm and am counsel for Lead Plaintiff. I hereby submit this Declaration in support of Lead Plaintiff's Opposition To Defendants' Motion To Dismiss The Amended Complaint. I have personal knowledge of the facts set forth herein.

2.      Attached as Exhibits 1-4 to this declaration are true and correct copies of the following documents provided by a Confidential Witness:

- **Exhibit 1**: Schedule 2(d)-7 Highland Pellets Reliability Run Protocol

- **Exhibit 2**: Astec/Highland Operations Issues List (redacted for confidentiality)

- **Exhibit 3**: Transition Inspection Report, dated February 23, 2018

- **Exhibit 4**: Highland Pellets – Material Leakage memo, dated April 16, 2018

3.　　Pursuant to 26 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on January 7, 2020 in New York, New York.

Daniel Tyre-Karp (admitted **pro hac vice**)
**New York Bar** Number **4960902**