# EXHIBIT 1

# Schedule 2(d)-7

# Highland Pellets Reliability Run Protocol

The Reliability Run shall be performed in accordance with the following requirements:

The Reliability Run will be done with representatives from both Astec and Highland on site. Astec will direct preparation for testing and the testing process itself.

The Highland team shall prepare the plant for testing by having it in good working condition. Each Pellet Press shall be inspected by Highland and Astec team members together to verify that they are in good operating conditon. All Dry Hammer Mills (DHMs) shall be in good operating condition and shall have all hammers in place with no more than moderate wear. All DHMs shall be equipped with new size 18 screens with open area of at least 44%. All Green Hammer Mills (GHMs) shall be in good operating condition with all hammers in place with no more than moderate wear. All GHMs shall be equipped with 3/4" internal screens in good condition. Highland shall provide Maintenance, Quality Control, and Woodyard, and Pellet Press Operation to support testing. Highland and Astec will coordinate to have on hand a reasonable inventory of commonly needed and critical spare parts. In the event of any shutdowns or reductions of production rate rate or pellet quality due to Highland's actions or failure to take appropriate actions, including failure to follow Astec's direction of preparations for testing and/or the testing process, Astec may request an extension of the Longstop Date for Completion (subject to Sections 3(b) and 3(c) of of Schedule 6 of the Contract). *6n*

Pellet quality shall meet the specifications in the contract and restated below. The plant shall produce at least 49,315 metric tonnes of pellets within a period of 30 consecutive days with an operational uptime of no less than 85.6%. During the same period of 30 consecutive days, each Line shall produce pellets at an average rate of at least 20 metric tonnes per hour for two test periods of 24 consecutive hours. The two 24 hour test periods applicable to each Line may be consecutive or separated by any number of days as long as they are completed within the 30 days of the Reliability Run. The 24 hour test periods for different Lines may run simultaneously or on different dates and times within the Reliability Run schedule. — *Nobody sign any paperwork* — *Wh toH*

After test, a report shall be issued by Astec and signed by both Parties. The report shall clearly state the conditions under which the test was conducted, the results of the test, and whether or not the plant successfully completed the Reliabity Run in accordance with and as set forth in Sections 7 and 8 of Schedule 2(d) of the Contract and this Schedule 2(d)-7.

Test samples shall be collected when the plant is under full load, has been operating continuously for at least one hour and has reached a stable condition of steady production. Samples for testing for all pellet specifications are to be taken from the Pellet Screen Sample port. All test sample containers shall be labelled or otherwise permanently marked with the following information when the sample is collected:

- Collection Point: Belt conveyor to Green Hammer Mills; Line 1 – Press 2; etc.
- Sample name (Pellets, Raw Material, Bark)
- Date and time
- Name of the individual who collected the sample

The Parties shall act in good faith to complete the testing process in a fair and reasonable manner.

1558266 04-NYCSR03A - MSW

14701_00 1404 MT1-3230/322_2

**Production Data Recording and Preparation**

- Production records will be taken on each Line during the course of the Reliabilitiy Run. Preparations as described below are required for accurate results.
    - Computer Data Log System will record Press Production Data in 5 Minute intervals. Press Production Data from all operational Lines will have to be recorded.
    - Predryer Belt Scale – The belt scale totalizer will be recalibrated before the test and zeroed at the beginning of the test. Mass flow rate will be totalized from the beginning of the test. The Computer Data Log System will also record the mass flow rate every 5 minutes.
    - Pellet Collecting Conveyor Scale – The Pellet Collecting Conveyor belt scale will be zeroed at the beginning of the test. Totalizing of the mass flow rate will start at the beginning of the test. The totalized production rate will be recorded hourly.

**Performance Test Results**

- Plant must produce at least 49,315 metric tonnes of pellets within a period of 30 consecutive days with pellet quality as follows:
    - Average Durability – 97.5%. Durability shall be determined in accordance with EN 15210-1:2009.
    - Average Net Calorific Value – 17.5 GJ/MT. Net calorific Value under constant pressure shall be determined in accordance with EN 14918:2009.
    - Average Bulk Density – between 645 kg/cubic meter and 750 kg/cubic meter. Bulk density shall be determined in accordance with EN 15103:2009.
    - Pellet Moisture Content – between 5% and 10%. Moisture content shall be determined in accordance with EN 147741:2009.
    - Ash Content – 1.5% or less. Ash content shall be determine in accordance with EN 14775:2009.
    - Fines Content – less than or equal to 1.5%. Fines content shall be determined in accordance with the sample preparation method of Section 6 of EN 15210-1-2009, and the 1.5% being the proportion by weight that will pass through 3.15 mm sieve screens.
        "EN" as used in this section, refers to European Standards.

**Raw Material**

- The specifications of the raw materials being used during the Performance Test to be as stated here:
    - 100% Southern Yellow Pine;
    - 50% Moisture Content or less;
        - Notes: Lab Test Samples – The Highland lab shall conduct raw material moisture tests. A one gallon sample will be collected from the Belt Conveyor to the Green Hammer Mills twice per each shift for moisture testing. The first sample will be collected approximately 2 hours into the shift. The second sample will be collected approximately 2 hours before the end of the shift. Samples shall be collected by a team consisting of one Highland and one Astec employee. Samples for testing will be split into two separate containers and sealed immediately upon collection. One half of the sample will be tested for moisture content by the Highland lab. The other half of the sample will be held in its sealed container by Astec for testing in case any question arises concerning the accuracy of the Highland lab test results.
    - Substantially free of mud, sand, metal and other debris;
    - Chip size no larger than 1" x 1" x ¼";
        - Notes:

13SE205.04.NYC5803A - MJW

14701_00/1404/MT1-3230322_3

- It is recognized that this maximum size spec. is not aboslute. However, the oversize and odd shaped pieces that occur must not constitute more than 5% of the total amount, by mass, of the raw material stream to the GHMs.
- The Highland lab shall conduct raw material Particle Size Distribution Tests (PSD). Samples for determination of PSD are to be taken from the samples collected for moisture content testing and will be tested on the same frequency as the moisture samples in the Highland lab. Highland is responsible for maintaining and operating the chipper throughout the test duration in such a manner as to assure the maximum chip size is not exceeded by a significant percentage of the material during the test.

- Materials of small size, including sawdust, may constitute no more than 10% of raw materials;
- No more than one-third of the raw materials used shall have been harvested more than 3 weeks prior to testing;
- No previously dried materials shall be used. (However, Highland and Astec agree to produce with 10 to 15% previously dried material before the Reliability Run and may, if this is shown to be beneficial to the operation, by the agreement of both Highland and Astec, include a small percentage of previously dried materials.);
- No rejected pellets shall be used;
- All materials must be thoroughly blended.
- Dry Hammer Mills shall be fitted with all new screens, with holes 18/64 in. in diameter and not less than 44% open area, immediately before the start of the test.

Green Hammer Mills – Internal screens shall have ¾ in. square holes.

If there is any out of specification raw material condition, with the exexption of high moisture content, there will be a pause in the test. Astec shall notify Highland within 12 hours of becoming aware of any out of specification raw material condition and may request a corresponding extension of the Longstop Date for Completion (in accordance with Sections 3(b) and 3(c) of Schedule 6 of the Contract) until the material is brought into compliance with the specification. Testing will continue with an out-of-spec. condition, if that condition does not appear to adversely affect the progress of the test or results.

#1

Bark used for fuel during the Reliability Run must meet the specifications supplied by Sigma Thermal throughout the duration of test. The frequency and procedure for collection, splitting, and sealing as is described above for raw material moisture samples will be used for wet bark samples. If the fuel bark does not meet the Sigma Thermal specifications, there will be a pause in the test until the specififed bark conditions are met. Astec shall notify Highland within 12 hours of becoming aware that the fuel bark does not meet the Sigma Thermal specifications and may request a corresponding extension of the Longstop Date for Completion (subject to Sections 3(b) and 3(c) of of Schedule 6 of the Contract). Testing will continue with an out-of-spec. condition, if that condition does not appear to adversely affect the progress of the test or the results.

Sigma Thermal Bark Specifications
- Bark Moisture between 38% - 48%
- 100% bark – 6 inch minus (typical size 6 inch by 1 ½ inch by 1 ½ inch)
- 90% bark – 4 inch minus (typical size 4 inch by 1 ½ inch by 1 ½ inch)
- 50% all fuel – 2 inch plus (2 inch in any direction)
- Max 25% – 1" minus (1 inch in any direction)
- Bark from the Progress system will be first choice.

NYCSRD3A - #### 

14701 00 1404 MT1 3239322 2

- It is agreed, by both Highland and Astec, that Highland will apply its best efforts to obtain bark for the test that meets this specification. However, it is recognize that that will not always be possible. It is further agreed that, in the event that poor bark quality adversely impacts the performance of the Furnace, the Reliability Run will be paused upon request by Astec. The test will be resumed once better quality bark has been obtained and Astec is satisfied that the Furnace performance has been returned to normal.

## Pellet Quality

- All samples shall be collected in the course of normal operation when neither the Line nor a particular press in the Line is in a startup or upset condition. In the case of a prolonged upset, sample collection will be delayed until the next regular collection time.
- Highland will perform quality testing, except for calorific value. Collected pellet samples shall set in open containers for at least 10 hours after collection prior to durability testing. Highland shall collect two one gallon pellet samples on each shift for testing of calorific value and ash content. One sample shall be collected at intervals of four hours from the Cooler Screen Discharge of each Line. Highland shall keep the collected samples in open containers for at least 10 hours. Then the containers shall be sealed and delivered to Astec for testing. Astec will perform one test for calorific value and ash content on each sample and save the unused portion of each sample in a sealed container for further testing if needed. In case of any dispute or questionable results, the retained sample portions shall be tested by a third party lab that holds the proper certifications to do such testing. The third party lab's results shall be accepted by both Highland and Astec as correct.

- Portions of all collected pellets shall be retained by Astec, in the same manner as is described above for raw material moisture samples, for comparitive testing in the event that any question should arise concerning the accuracy of the Highland lab test results. Astec's retained samples shall be kept in open containers until the onsite testing of other portions of the same sample is started, at which time the retained samples shall be sealed in airtight containers.

## Emissions Testing

- No formal or official emission testing will be done as part of the Reliability Run since the state-required compliance tests are conducted separately. Informal emissions testing will be done as needed for drying system performance optomization only.

Test 13 & 14 during this test –