# EXHIBIT 2

Case 1:19-cv-00024-CEA-CHS   Document 72-2   Filed 01/08/20   Page 2 of 8   PageID #: 1248

1.5 wks leadtime - 8

66

∠2 - Sunday moving
B side

## Astec/Highland Operations Issues List

| Item Number | Issue | Category | Line / Area | Recommended Action | Contact/Responsible Party | Update | Resolution | Status |
|---|---|---|---|---|---|---|---|---|
| | Dry Hammer Mill Bearings: We continue to lose the support bearings for DHM rotors. This is due to the steam from the system leaking around the shaft and driving heat and foreign debris into the bearing. To date, we have lost 14 bearings on our 8 DHMs. The fines blowing out after the installation of the airlocks has exacerbated and accelerated the failures. | Equipment Issues | Dry Hammer Mill | Vibration is a contributing factor in bearing failure. Need to weigh all hammers and rods when replacing to ensure equal loading on Hammermills. Also need to inspect all hammers during screen changes and free and stuck hammer. Seals may need to be adjusted if worn in. | Highland | Feb. 20 - Highland has procured different style bearing seal to trial on one hammer mill. Highland working with Exxon to find a grease more suitable for this application. Grease sample off failed bearing has been sent out for analysis - waiting for results expected week of Feb. 26 <br> 2-28: David W-Seals to be installed during outage. Still waiting on grease analysis report. <br> 3-15: New style bearing seals were installed on DHM 4 B, operating well so far. Trial for 1-2 months before implimenting on other DHM's. Grease analysis recieved and distributed. Water found in grease, new bearings will be inspected during shutdown. <br> 3-20: New bearing was inspected. After 2.5 weeks of running, it was found to be low on grease. Had to replace. Will increase grease. Double seal inboard looks ok and most promising. | | Ongoing |
| | We have lost 4 of the four-bolt flange bearings on the dryer drag tail roll sprocket due to steam or design of conveyor. With the addition of the roller idler in the dryer drags, the tension of the drag chain is a guess when we work on this. | Equipment Issues | Bolt Flange Bearings | All operators to operate dryers under vaccum. Astec to show Highland Maintence team how to properly set drag chain tension. | Astec/Highland | Feb. 20 - Highland has ordered high temp bearings to be installed. Malcom to provide proper tensioning procedures for drag chain. <br> 2-28: Some light puffing at discharge end of Dryer is acceptable. Drag chain deflection between idlers under hand pressure should be 1/4 in. to 1/2 in. Still waiting on high temp bearings to arrive. <br> 3-15: High temp bearings have yet to arrive on site. Seth to provide critical stretch limits to Tim <br> 3-20: Seth sent email. Vendor recommended chain must be replaced at 3% elongation in the pitch dimension. High temp bearing scheduled to arrive next week. | | Ongoing |
| | The transitions between bark conveyors and bark bins on each line still plugging up at bottom of transitions. Example: Last week we had 3 calls in 2 hours. This was during 50-60-degree weather so it was not related to the colder temperatures we had been experiencing. | Equipment Issues | Bark Conveyors | Continue to evaluate transfer chutes | Astec/Highland | Feb. 20 - Dave J, Dereck and Adam to conduct a transition audit to identify problem areas <br> 2-28: Walk through has been conducted. Dave J working on report. Will review report next week. <br> 3-15: Report distributed and reviewed. Items 5 and 6 to be addressed by Astec ASAP <br> 3-20: Adding skirts to the transition. Astec Service will look at while Line 4 is down. | woodyard. most of | Ongoing |
| | The transitions between chip conveyors and chip bins on each line chips plugging up at bottom of chutes. Belts in the Chip Mill are loading heavy to one side of belt.<br>a. Transfer A to B- fall off side belt.<br>b. Plug up tail roll and into south ditch. | Equipment Issues | Chip Conveyors | Continue to evaluate transfer chutes. Assist Highland in tracking belts when required. | Astec/Highland | Feb. 20 - Dave J, Dereck and Adam to conduct a transition audit to identify problem areas <br> 2-28: Walk through has been conducted. Dave J working on report. Will review report next week. <br> 3-15: same as above. <br> 3-20: Sames as above. | | Ongoing |
| 10 | 10. Green Hammer Mill new installation:<br>a. Issues with belt skirting type/and adjustment of. Skirting needs to be of a more wearable material as to wear the skirting out and not the belt.<br>b. Issues with material dropping off of belt. Belt skirting will fix some of this but velocity of air pushing out of the hammer mills is high and too close to the GHM outfeed conveyor, which is causing what I'm seeing to be pressure wear on the belt, and will become an issue.<br>c. We had discussed with Astec early on the need for man doors under the GHMs. Will this be done? | Equipment Issues | GHM | We are planning on adding additional troughing idlers to the collecting conveyor. Idlers have been ordered and will drop ship to the site. | Astec | Feb. 20 - troughing idlers, skirting and colleting CV hood vents to be added during shutdown. Access doors will not be installed for safety reasons. <br> 2-28: Work will be completed during the outage. <br> 3-15: All work was completed during shutdown. Skirting requires regular inspection and adjustment. Astec will not be resonsible for any Vac truck costs moving forward. <br> 3-20: Skirt adjustments are done daily. | milo Craig - | Ongoing |

∠3 Bark bin
3' long - 6" wide Bark

| | # | Description | Category | Equipment | Recommendation | Responsible | Status/Updates | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | 13 | 13. Dryer fires are occurring for three different reasons 1) dust buildup on the rotary union, 2) oil leaking on the end of the drum, accumulating fiber, and lighting off, 3) outfeed screws failing causing a hard stop on the dryer. L2 continually needing packing. Other lines are gone through weekly with no issues. Line #2 just continues to take packing and the leak never truly stops. The vents on the outlet end of the dryer are in such a position that material puffs out right on the halo for adding packing as well as the rotary union. Also material coming out around the shaft through the dryer outlet adds to the buildup quickly. Feel that there is a problem with the seals. Can vents be moved to a location where the dust and debris is deposited in a location that is not a fire hazard? Dryer outlet screws also have been a problem since Day 1. Screws are tripping out at low feed rates. They can't seem to handle the load. We have even had multiple screws that ripped the ribbon of the shaft due to loading. What will happen when we are running the dryer at design throughput? Screws were already sped up at beginning of project in hopes this would eliminate problem. We feel larger screws are needed. | Equipment Issues | Dryer | All operators to operate dryers under vaccum. Rotary unions need to be packed on a regular basis. | Astec/Highland | Feb. 20 - Malcolm to discuss with Gary reasons why line 2 rotary union is using substantially more packing than the other 3 lines. Shaft loading on A & B to be monitored.   2-28: Communication was not clear. Refilling is weekly but use of packing is not 3 tubes per week but is 2 to 3 tubes every two weeks. Problem is possibly caused by "halo" not delivering packing material all around the rotary union. During outage, remove halo and make sure packing will pump through all tubes. Also, install zerk fittings and inject packing at each port. Reinstall "halo" and see if dripping is reduced. If not, we may have to remove the rotary union at some point and return it to the manufacturer for disassembly and inspection to determine cause and cure.   3-15: Halo's were removed from Lines 1 and 2 during shutdown and rotary union was packed. Plugs installed. Lines 3 and 4 still require halo removal.   3-20: Halos were removed on Line 4. Explosion vents were turned. Astec will look at placing blankets on the rotary unions. | *Andy Mc Millan gray wraps (like first oil purge) on rotary unions* | Ongoing |
| | 16 | Tail roller bearing failures are numerous. Rollers continue to walk over on shafts. We understand that "most" of these failures were from material building up around the tailroll which pushed the belt up into the guard. We also acknowledge that the belts coming from the chip bin and bark bin have operator error as the root cause. However, we have these tail rollers fail on numerous conveyors and we cannot place a man on every tailroll 24/7 to make sure material doesn't build up. We need to slow down the leakage and carry back which causes this issue and the conveyor guards need to be re-designed so that if a belt does build up, the guard isn't trapping it in the area and causing the take-ups to be ripped apart. | Equipment Issues | Tail Roller | Need to ensure all belt scrapers are adjusted and working properly. Regular cleaning cycles around tail shafts will be required. | Highland | Feb. 20 - Gravity takeup guards to be kept clean and or modified. David W to provide list. Tail rolls need to be kept clean (transition audit may find solutions). Highland to try a few polished shafts to replace cold rolled.   2-28: David W- 1 shaft replaced during WY down day, others to be replaced during outage. 1 GTU guard has been modified this week. Also David provided list of GTU's to be modified.   3-15: Highland to be responsible for any guard alterations | | Ongoing |
| | 18 | Screw are still stopping up on the LTC, "A" and "B" screw along with broken bolts. (David to get data) | Equipment Issues | LTC | Screw 19 to be replaced by Hayes week (1-30). If screw plugs or bolts breaking is still occuring we need to be notified. It needs to be a detailed document notifiying what screw, exact location of plug, time of occurance, etc. as we have discussed numerous before. | Astec/Highland | (High level MC material believed to be root cause)   2-28: David W to continue to update screw spreadsheet and distribute.   3-15: John W to adjust overloads to allow a "trip" rather than damage to screw   3-20: Monitor for another week. No incidents in the last week. | | |
| X | | We have had 3 rubber boots on the dry hammer mills fail: One on Line #2, one on Line #3 and one on Line #4. Line #2 and #4 had no metal liners on the inside of the boot. Not sure on line 3. | Equipment Issues | DHM | Abraision plates were all ordered and delivered months ago. Astec suplied with agreement that Highland would replace. | Highland | Feb. 20 - Abrasion plates reordered as per Malcolm. Highland to install.   2-28: Abrasion plates have been ordered.   3-15: Abrasion plates received by Highland 3-8, Not installed yet.   3-20: Abrasion plates installed on L4-B. Will be installed on other lines as available. | *Plates - all have* | Ongoing |
| | 23 | We have had to have Line #1A hammer mill and Line #4B balanced. DHM's not balanced properly. Baselines have been off since the beginning. | Equipment Issues | DHM | Need to weigh all hammers and rods when replacing to ensure equal loading on Hammermills. Also need to inspect all hammers during screen changes and free and stuck hammer. | Highland | Feb. 20 - 1A was balanace and is now good. 4B was removed and sent out to rebalance. 4B is now again out of balance. Highland to pull rotor and send out for balance during shutdown.   2-28: Removing L4 B and sned to Memphis for balancing during outage. Will install before L4 comes back up.   3-15: all DHM's currently in tolerance   3-20: Monitor for another week. | *line 4    1,2* | Ongoing |
| ✓ | 25 | We are constantly replacing the nitrogen bottles on all of the lines; we ourselves haven't found any leaks. Line #2 is the worst culprit. Is it nitrogen or oil loss? | Equipment Issues | Nitrogen | The only time you should loose Nitrogen is when the level in the expansion tank is changed. This is normally during start-up or shutdown event. We will have to continue to monitor. | Astec/Highland | Feb. 20 - Astec / Highland to inspect for leaks. Derek to check regulators.   2-28: Astec to pressurize with air during outage and check system for leaks.   3-15: Dave J produced report on findings (attached), as a result Pressure Control Valve on Line 3 requires replacement. Part to arrive on site and be installed 3-16   3-20: 16 bottle racks will arrive next week. PCV onsite and ready to install. | *PCV to be installed weeked.* | Ongoing |
| ⊙ | 27 | Sizing of main breakers for Green Hammermill MCC are a concern. Breakers are sized for full load amps but not for incoming rush. This causes trips. | Equipment Issues | GHM | If there is supporting documents showing this, then we need them. If not, Lawson can look into it and provide their design information. | Astec/Highland | Feb. 20 - Dan B. and John to re-evaluate breaker sizing.   2-28: Ongoing   3-15: John W spoke with Keith (Lawson Electric) and Don Elron from Mid South. Breaker sizing should be adequate, John to test when possible   3-20: Will test after L4 starts up. | | Ongoing |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28 | Sizing of main breakers for WY MCC #2 are a concern. We have adjusted breakers as much as possible. Borderline design with FLA and cannot handle incoming rush. We continue to trip these breakers. We still blow fuses in the transformer for this MCC as well. Instructing our employees to not shut down the debarker and only use the gate for wood control is not an adequate repair. Could soft starts be added to the debarker to eliminate this? | Equipment Issues | MCC | Debarking drum is equipped with a fuild coupling. Log line is often overfilled which causes the majority of these issues. Chipper operator and crane operators need to stay in constant communication. Per email from Johnny on 1-30-18 "The fluid couplings on the Debarker drives work as a soft start. The gate should be left at be cut on and off during operation. The gate should be left at approximately one fourth closed and not continually be adjusted. The communication between the Log Crane operators and the control room operator is the most important to control the flow of the wood. The Log Crane operator on the 180' Crane should not empty the grapple all at once but allow only half the load to be feed three fourth of the way before allowing rest to be lowered onto the conveyor." | Highland | Feb. 20 - Dan B. and John to re-evaluate breaker sizing. 2-28: Ongoing 3-15: Ongoing but not as frequent 3-20: Will evaluate after wet fuel bin is in service. | **WFB** ~~JAM~~ JAM | Ongoing |
| | Bucket Elevator issues – have lost several buckets from Day 1. Buckets end up in pellet distribution conveyor which hang up. Severe degradation of pellets happening. Current DOE underway to identify main culprit but we feel the bucket elevator is running too fast and slinging the pellets into the hood causing breakage. This was evident mid-2017 when we had the hood off the bucket elevator headroll and could see the damage pellets were doing to the steel. We also see a major issue with the pellet collection belt. When we dump from multiple lines, the belt tracks over and pellet dump all over the ground. We have even seen the belt completely stall out. We feel the belt is too long to properly track and keep tension on to pull the load of pellets. If we are seeing problems now while running 50% or less production how will the system act when we are pouring 80+ tph across it? | Equipment Issues | Bucket Elevatos | What elevator is being reffered to here, Chief? We are not aware of losing buckets on Astec elevators. Pellet collecting conveyor appears to be operating fine now that all GTU's are being utilized. We will evaluate. | Astec/Highland | Feb. 20 - Astec to arrange for evaluation of Chief bin bucket elevator. Belt alignment is not an issue. 2-28: Highland asking for calculatons and through-put data. Seth to request data sheet from Hayes/Chief. 3-15: Chief has confirmed 100 TPH capacity. Seth has requested drawings 3-20: Bucket elevators are capable of 111 MTPH. Will evaluate next week. | Parts on site for pellet collecting conveyor – To speed belt up. | Ongoing |
| 30 | Operator screens and identifying problems are not always hand in hand. The operator stations are used more for "indication" than "automation". We have to invoke the aid of Astec on simple interlocking issues of why something won't start and come on. The operator's screen is limited on what they can tell maintenance is wrong. No indications of equipment. Alarms sometimes show up and tell us what is wrong and then other times we get nothing. Sometimes equipment just shuts down and there are no telltale signs until the dryers run out of fiber or something similar. We get alarms without failure reasons. We have a constant need to call the Astec programmers too often to start up equipment. We need more automation between chip mill and control room. | Equipment Issues | Control Room | This needs to be discussed to determine what concerns are. | Astec/Highland | Feb. 20 - Astec will ensure alarms are properly labeled. 2-28: Controls team to work through alarm list. Adam and John to provide list of questionable alarms. 3-15: Adam and John to provide list, controls to implement 3-20: Ongoing | Priority | Ongoing |
| 31 | Air Conditioner units in MCCs and remote panels throughout the mill still have not been addressed. We had numerous issues last summer. Since then Highland has gone through and replaced any questionable coil systems. We also have a contract with a very reputable HVAC company for upkeep. A tremendous amount of money has been spent on emergency calls and rental equipment just to keep the MCCs from overheating. We first started seeing issues the spring of 2017. Warm weather will be here sooner than we think. Where do we stand? Did Middleton get requested information on WY1 MCC and new GHM MCC? | Equipment Issues | A/C units | Astec Engineering has looked into all panels and MCC's and AC units are properly sized. Units must be kept clean and maintained. All heat loading information for MCCs have been passed along to Highland for 3rd party evaluation. | Astec/Highland | Feb. 20 - Astec will check whether information has been sent to Middleton 2-28: John to follow up with Middleton to see if they have all the necessary data. 3-15: Highland has not yet received feedback from Middleton 3-20: Ongoing | START NEXT Thursday. Astec has provided information | Ongoing |
| 32 | Issues with trolley where sheave lubrication design has caused failures not once but twice. The first time we felt it was a pinched lubrication line. The second time we found the grease distribution block was not working. Since then Highland has separated all lines to assure grease is truly getting to individual bearings. The brake operation on the trolley has been problematic as well. | Progress | Trolley | Issues need to be addressed and worked through directly with Progress. If Astec needs to get involved for resolution, we will. | Astec/Highland | Side meeting held on 3/21. | | |

Line 1 Monday
Line 2 Tuesday

180
50' minute

Case 1:19-cv-00024-GEA-CHS   Document 72-2   Filed 01/08/20   Page 5 of 8   PageID #: 1251

| | | | | | |
|---|---|---|---|---|---|
| Issues with grapple are nonstop. We have had to replace 3 hydraulic pumps, and gone through at least 8 hydraulic motors. We have found several electrical issues. For example, in the power cable, there are 5 wires running in parallel for each phase on the motor – NEC code specifies no more than two wires. We have found relays that burn up and cause the brakes to disengage with no warning or alarm. Running like this burns the brakes up. Due to the internal nature of these brakes, you cannot inspect them. When we had a drive trip, there were no brakes to hold the grapple. The result was $30k+ damage between the wire ropes, the power cable, the brake, and the motor. We found the same design on the gantry braking system after we "smoked" the brakes. There is no disconnect or breaker for individual systems on the crane. If we bust a hydraulic line you have to E-Stop the whole crane in order to shut down the pumping system. The grapple should have its own remote stop inside the cab. There is also no low level switch on the grapple hydraulics. If we are operating at night and break a hydraulic line, we could burn up a pump before it was noticed the tank was low on fluid. | Progress | Grapple | Issues need to be addressed and worked through directly with Progress. If Astec needs to get involved for resolution, we will. | Astec/Highland | Side meeting held on 3/21. |
| Issues with swing motor brakes not wired into the drive. When brake fuse trips, drive can still push through brakes (Incident 12/12/17). See above. Programming potentially resolve this. | Progress | Swing Motor Brake | Issues need to be addressed and worked through directly with Progress. If Astec needs to get involved for resolution, we will. | Astec/Highland | Side meeting held on 3/21. |
| Issues with hoist in that loads are falling. The brake for the hoist is a parking brake and not a load brake. We have had the hoist upper limit switch fail a couple of times due to a sloppy design of using a piece of rubber hose with a hose clamp at a coupling between the hoist and encoder shaft. These failures have ruined power cables and wire ropes. Progress uses the drive for braking which is fine as long as you don't have a drive fault or power blip. A redesign of the system to include a load holding brake for when load is in static mode. | Progress | Hoist | Issues need to be addressed and worked through directly with Progress. If Astec needs to get involved for resolution, we will. | Astec/Highland | Side meeting held on 3/21. |
| Every drive on the crane has been replaced. In fact, the hoist drive has been replaced 3 different times. Encoder reliability is still an issue. We have repetitive failures and even Progress themselves have said we could drop a grapple with an encoder failure as there might not be proper feedback to the drive. Thus a load holding brake is required. See above. We have had two joystick failures so far. There is no breaker disconnect between the crane and MCC. This was a request from initial construction. Without it, any work done to the crane requires an operator or technician to walk all the way to the WY 2 MCC room to lock out. Reliability has really been lacking on this thing. | Progress | Crane Drive | Issues need to be addressed and worked through directly with Progress. If Astec needs to get involved for resolution, we will. | Astec/Highland | Side meeting held on 3/21. |
| Chains on infeed continue to hang. We have broken numerous chains (8-9) and because the debarker infeed cannot be seen from the operators cab, some of them have been destroyed or severely damaged by the time it was identified. Logs continue to break and fly through the air creating a safety issue and destroying handrails, ladders, and electrical devices due to the design of the infeed walls. Continued chain lock ups and breakages have cause multiple tailroll bearing failures and a complete failure of the tailroll assembly itself. | Progress | Debarker / Infeed | Issues need to be addressed and worked through directly with Progress. If Astec needs to get involved for resolution, we will. | Astec/Highland | Side meeting held on 3/21. |
| Debarker drive shafts/wheels/studs are a continued problem. We average about 1 failure a week. When we break the studs off a tire assembly it can be 6-8 hours to replace depending upon location of failure. | Progress | Debarker / Infeed | Issues need to be addressed and worked through directly with Progress. If Astec needs to get involved for resolution, we will. | Astec/Highland | Side meeting held on 3/21. |
| Chipper was creating a massive noise on shut down sequence we thought was coming from gearbox. It has been looked at by outside engineering party and identified as actually the motor. We are concerned that the way Progress is "plug breaking" the chipper it will cause premature failure of the 1000 HP motor doing the slow down. | Progress | Debarker / Infeed | Issues need to be addressed and worked through directly with Progress. If Astec needs to get involved for resolution, we will. | Astec/Highland | Side meeting held on 3/21. |
| Vibrating conveyor "D" which is our newest one, has already started breaking foundation bolts by motor. | Progress | Debarker / Infeed | Astec to inspect foundation and anchors. | Astec | 2-28: English to repair under warranty. Conference call next week to discuss proper installation. 3-15: English arranging to have repairs done next week (Keith working with Chris on scheduling) 3-20: English worked on this on Thursday, 3-23. |
| Material handling belts will not pull chips or bark in colder weather. They also will not pull material in heavy rain. | Equipment Issues | Conveyors | Possibility to add cleated belts but this would be expensive and belt scrapers would have to be replaced with brushes. | | Feb. 20 - Everyone to work with contacts to see what other facilities are doing. 2-28: No cleated belts at HWP and no problem 3-20: Ongoing |
| Chipper infeed sprockets are wearing out prematurely. | Progress | Debarker / Infeed | Issues need to be addressed and worked through directly with Progress. If Astec needs to get involved for resolution, we will. | Astec/Highland | Side meeting held on 3/21. |

| # | Category | Component | Issue / Comment (highlighted) | Description | Responsible | Status Notes | Status |
|---|----------|-----------|-------------------------------|-------------|-------------|--------------|--------|
| 44 | Progress | | Chipper outboard bearing does not allow for proper maintenance. Progress calls for repacking of bearings and assuring proper amount of grease to be re-installed but there is no way to get to the back side of the bearing to accomplish this task | Issues need to be addressed and worked through directly with Progress. If Astec needs to get involved for resolution, we will. | Astec/Highland | Side meeting held on 3/21. | Ongoing |
| 45 | Equipment Issues | Truck Dump | The floor of the truck dumps will not pull material away properly and trip constantly. They have to be restarted repeatedly just to unload 1 bark truck. This requires a man to be there full time while unloading bark. | TD#2 should be the only truck dump utilized for unloading in proper bark. Is spike roll being utilized? Drag chains all in proper working condition? Only unloading 1 truck in hopper at a time? | Astec/Highland | Feb. 20 - Astec to contact Aeroflex and report back. 2-28: Aeroflex has been contacted. They are investigating and will get back with us. 3-15: No response from Aeroflex, Astec to follow up 3-16: Aeroflex has confirmed that the drag chain at waterfall can bunch up and cause the chains to jam. Drag chain needs to be shortened asper the attached drawing. 3-20: Highland has indicated truck dump cycle to be 45 minutes. Recommended to do PSD on incoming material and reach out to Aeroflex for further recommendations, as needed, to increase throughput of materials | Ongoing |
| | Equipment Issues | Wet Fuel Bin | Wet fuel bin side A screw failed only a couple of weeks into operation. Screw on way from Sigma Thermal. Still needs to have original screw removed and new screw installed. | Who ordered replacement screw? Sigma Thermal rep? We need to follow up on the status of the screw. | Astec/Highland | Feb. 20 - Sigma to provide screw. Astec to provide crane and operator. Highland to install. 2-28: Still waiting on screw to arrive 3-15: Screw to arrive 3-16, to be installed 3-20: Screw should arrive on 3/23. Highland is prepared to install upon arrival. | Ongoing |
| | Equipment Issues | Linear Stacker | Dead man limit switch on linear stacker and radial stack doesn't work. This not only limits you in amount of material able to pile but is also a safety concern as you could potentially do damage to the equipment if this isn't Operational. | Astec Controls & Lawson to investigate. | Astec | Feb. 20 - Astec to look into and report back. 2-28: Stinger conveyor on linear stacker has been raised to allow for a larger pile. If pile was made so that it activated the tilt switch, the reclaimers wouldn't be able to reclaim the pile. On the radial stacker, the tilt switch is only active if the equipment is running in Auto. Look at possibly lowering the one on the linear stacker. 3-15: Linear Stacker tilt to be relocated. Chris to report if tilt switch is working on the radial stacker when in auto. 3-20: Bill and Chris to identify proper place to relocate tilt. Will remove tilt switch from radial stacker | Ongoing |
| 50 | Equipment Issues | Conveyors | Head roll rack lagging on conveyors. Most of the belt conveyors have a smooth vulcanized surface. While this might work well in hot temperatures we have seen in colder temperatures the headroll just slips underneath the belt. Suggest a lagged headroll covering similar to the Chief Bins bucket elevator. | GTU's are not being properly utilized on multiple conveyors. Need to evaluate all GTU's and adjust as required. | Astec/Highland | Feb. 20 - Malcolm checking on deflection and weigh specs. With proper belt tension smooth vulcanized surface will work. 2-27: Each GTU was supplied with the proper steel weights. Make sure safety chains are not supporting GTU. Must have GTU supported by belt only. 3-15: Monitor 3-20: Seen mainly in cold weather and rain. Further evaluation needed | Ongoing |
| 52 | Equipment Issues | Pre-Dryer | #2 pre-dryer is still walking and rubbing. The thrust wheel that was installed recently already has damage and a rolled edge. | Thrust roller has minor damage, but not enough to warrant replacement. We have also installed some graphite blocks to lubricate thrust rollers. | Astec | Feb. 20 - Malcolm and David W to look at. 2-28: Need to inspect. 3-15: David and Bill to inspect and forward photo's video to Malcolm 3-20: To be completed this week. | Ongoing |
| 56 | Equipment Issues | DHM | We have multiple stress cracks in DHM chutes. (See item #23) | See comments from #1 and #23 | Highland | Feb. 20 - Malcolm to check 2-28: Need to inspect. 3-20: To be complete this week. | Ongoing |
| 60 | Equipment Issues | Pellet Mills | We have lost multiple gearboxes and bearings on dosing screws for pellet mills. | Issues need to be addressed and worked through directly with Andritz. If Astec needs to get involved for resolution, we will. | Astec/Highland | Feb. 20 - Andritz 3/20 Side meeting held on 3/21. | Ongoing |
| 61 | Equipment Issues | Pellet Mills | We have lost several motors for the pellet mill door trolleys. | Issues need to be addressed and worked through directly with Andritz. If Astec needs to get involved for resolution, we will. | Astec/Highland | Feb. 20 - Andritz 3/20 Side meeting held on 3/21. | Ongoing |
| 62 | Equipment Issues | Pellet Mills | We should be getting 800 hours on average on roller heads for the pellet mills and now are only getting about 40% life. | According to conversation with Greg Owens on 1-12-18, current roller head life is between 750-1000 hours. | Highland | Feb. 20 - Andritz 3/20 Side meeting held on 3/21. | Ongoing |
| 63 | Equipment Issues | Air Compressor | Flooding problem on L1 and air compressor room when it rains. | First complaint we have heard about this issue. Next time this happens we need to be notified so English can investigate and resolve the issue. | Astec/English | Feb. 20 - No notes. Need to discuss 2-28: English to investigate. 3-15: Seth to follow up with Keith 3-20: Continue to monitor. Photos needed. 3-20: Will continue to monitor | Ongoing |
| 64 | Progress | 125' Crane | 125' crane transformer has sunk in the ground about 2 inches. | Not too concerned with 2' settlement. | | Feb. 20 - Will continue to monitor. 2-28: Will continue to monitor. 3-15: Will continue to monitor. 3-20: Crane has sunk further and needs to be addressed. Astec to follow up. | Ongoing |

Handwritten notes:
- 1658.00
- 4" or less gium to bark supplies
- Documenting - inspection
- PSD an Bark when it comes in
- Tilt switch
- crated - Seth to evaluate this weekend

Case 1:19-cv-00024-CEA-CHS   Document 72-2   Filed 01/08/20   Page 7 of 8   PageID #: 1253

| # | Issue | Type | Location | Comment | Party | Updates | Notes | Status |
|---|---|---|---|---|---|---|---|---|
| 65 | Scale house floods during heavy rain events. | Andritz | Scale House | First complaint we have heard about this issue. Next time this happens we need to be notified so English can investigate and resolve the issue | Astec/English | Feb. 20 - Need to address with English. 2-28: English is looking into possible solutions. 3-15: Seth to follow up with Keith. 3-20: Floor is buckling and water in coming up through conduit. Needs to be addressed. | English 2' wide | Ongoing |
| 66 | We have had non-stop issues with the 500HP motors on the pellet presses. | Andritz | Pellet Mills | Issues need to be addressed and worked through directly with Andritz. If Astec needs to get involved for resolution, we will. | Astec/Highland | Feb. 20 - Andritz. 3/20: Side meeting held on 3/21. | | Ongoing |
| 67 | We have a lot of water/condensation in air lines outside. This really reared its head during the colder temperatures. We have 3rd party looking at drying system but are concerned that desiccant dryers are not sized sufficiently. | Equipment Issues | Water / Condensation Lines | This is a maintenance issue. | Highland | Feb. 20 - Astec to look at where auto-drains can be added. 2-28: Ongoing. 3-20: Drains are in place, but are not used. Needs further evaluation. Tim to have an ISS evaluate. | ISS loadout | Ongoing |
| 69 | Challenge throughput of chief bin outfeed. Chief says 300MT per hour. We & MSECO calculate 170MT per hour. | Equipment Issues | Chief Bins | Rusty Hayes is reaching out to Chief for drag design data. Once received will pass along. | Astec | Feb. 20 - Rusty Hayes is reaching out to Chief for drag design data. Once received will pass along.   2-28: Hayes has confirmed with Chief that the drag is designed and capable of 300 TPH. Chief suggested inspecting the bin discharge openings to see if there is any build-up that could be restricting flow. There are also internal plates on this drag below the bin openings that could have build-up that is restricting bin discharge flow. This area needs to be inspected as well. If both of these areas are fine and were still not achieving desired through-put, this drag could be sped up with a sheave change. We will need to gather amp load data on the drag and send it back to Chief for sheave calculations. 3-15: Highland to complete inspections suggested by Chief. 3-20: Needs to be done. Highland to enter work order to have it completed. | | Ongoing |
| 70 | Spillage in loadout at both 90 degrees as well as top of silos. No access to silos for cleaning. | Equipment Issues | Load out | These belts are cleated and the skirt boards are not as low as they should be due to the cleats. This allows pellets to pop out under the skirts when heavily loaded. Access to silos by manlift only. | | Feb. 20 - Astec needs to clarify access issues for manlift to back side. Astec to look at adding tie off points for fall protection. 2-28: Lifting lugs on silo tops can be used as tie-off anchors. Are other locations required. 3-15: follow up with Thomas. 3-20: Still needs to be followed up. Adam will have this taken care of. | | Ongoing |
| 71 | Roof leakage on silo cover. | Equipment Issues | Load out | Was this only a 1 time event or is this continuing to occur. Will follow up with English. | Astec | Feb. 20 - Clean-up and re-evaluate. 2-28: Still needs to be cleaned off. 3-15: Follow up with Thomas. 3-20: Ongoing. | Thomas Duncan - | Ongoing |
| 72 | Conveyors not sealed against the rain. | Equipment Issues | Conveyors | What conveyors are being reffered to? Some of the GHM system conveyors still need to have the covers istalled, but all others are complete. | Astec | Feb. 20 - Conversation with Thomas indicates that when it rains with strong wind, belt gets water on it. 2-28: Still unclear on which conveyors are being refferred to. Need verification. 3-15: Follow up with Thomas. 3-20: Rain guard to be completed. | Gathrain? - | Ongoing |
| 73 | Weighmate still not right (program) | Equipment Issues | Load out | Controls has spent numerous hours working on this system. All of this operator error from our perspective. | | Feb. 20 - Most issues are operator error. 2-28: Confirmed operator errors. Will continue to monitor. 3-15: not believed to be an issue. Follow up with Thomas. 3-20: No issues over the last week. Continue to monitor. | | Ongoing |
| 75 | Access to roof to inspect pellet cooler not done. | Equipment Issues | Pellet Cooler | Access by Manlift. | | Feb. 20 - Malcolm to follow up with engineering. 2-28: Engineering working on layout for access from LTC. Concepts sent to Jody last week. 3-15: Jody approved design, to be installed. 3-20: Hayes Mechanical will start install ladders after L4 HBH addition is completed. | | Ongoing |
| 77 | Inlet screw bearings | Andritz | Peller Presses | Issues need to be addressed and worked through directly with Andritz. If Astec needs to get involved for resolution, we will. | Astec/Highland | Feb. 20 - Andritz. 3/20: Side meeting held on 3/21. | | Ongoing |
| 79 | Dosing screw bearings | Equipment Issues | Andritz | Issues need to be addressed and worked through directly with Andritz. If Astec needs to get involved for resolution, we will. | Astec/Highland | Feb. 20 - Andritz. 3/20: Side meeting held on 3/21. | | Ongoing |
| 80 | Belt covers. | Equipment Issues | Conveyors | Where? What about them? | | Feb. 20 - Missing covers at GHM to be installed during shutdown. 2-28: Will install during outage. 3-15: To be installed at next GHM shutdown | | Ongoing |

| Issue | Category | Equipment | Details | Vendor | Status / Updates | Notes | Status |
|---|---|---|---|---|---|---|---|
| Dumping sequences on pellet coolers. | Equipment Issues | Pellet Cooler | Slowing down the Pellet Cooler Discharge Metering Airlock will do the same thing. This has been mentioned on numerous occasions. | | Feb 20 - Astec controls to look at sequencing 2-28: Discussion about slowing down metering airlock. 3-15: Metering airlock to be ajusted to 40% to allow a minimum of 20 TPH, monitor and adjust if required 3-20: Ongoing | *Same Line 2 Greg to come up with (handwritten)* | Ongoing |
| Pre-bins before the pellet mill and after the LTC screw A&B shake aggressively. | Equipment Issues | Pellet Mills | Currently installing upper screw supports on platforms. Additional stands should stiffen up screw and restrict shaking. Will continue to evaluate after stands are installed. | Astec | Feb 20 - Supports have been installed 2-28: All supports have been added. According to David W some are still shaking, but its greatly reduced. 3-15: Follow up with Greg O 3-20: Ongoing | | Ongoing |
| | | Heat Trace | 8/11 - Highland is coordinating 8/16 - Steve H. has put together a water package. Going to provide 9/21 - Packages Highland working on bid packages & quotes 9/25 - Steve H. to meet with are out for bid. Astec to provide information 9/27 - Steve H. to meet with next week. TriNova Mon - Tues next week. Bid in by end of next week. 9/25 - two weeks before award. 10/2 - target award at TSI will issue a bid next Wednesday 10/2 - additional bids the end of this week. 10/5 - should have 3 discuss. 10/12 - today. 10/10 - Tom & Malcolm meeting to issue of PO. 10/16 - Start date of 10/18 provided. 10/23 - Current PO has been issued - target 7 weeks from contractor does not execute insulation, path forward TBD. 10/30 - waiting on a bid from coler electric, de-mobed previous re-using already 11/2 - having to do some re-engineering with installed wire 11/6 - All information is in senior management's hands. 11/9 - Mob 11/14 - complete mid-January. 11/27 - Power panels on site this week. 12/11 - Highland needs to order valve extensions. 1/22 - ongoing - anticipate completion by end of the month | | Feb 20 - Steve H. to provide update 2-28: Hunter provided the following update. L1 95% complete 95% complete. L3 80% complete. L4 35-40% complete, and Chief silos are completed. 3-15: Steve H to provide update 3-20: Jody to supply email. | | |
| | Equipment Issues | Highland resources | Highland requires more resources for the plant to improve efficency. 8/16 - 3 started Monday, 3 more next Monday, will be ahead of head count next week. 8/22 - targeting having everyone in place by the end of the month. 9/18 - Highland believes everyone should be in place. 9/21 - Astec has hired two more operators. 9/25 - 4th control room operator on all shifts 10/3. 10/5 - Highland to hire 4 pellet press operators for every shift. 10/10 - if there are more operators than lines being run, Highland will use the opportunity for training. 10/23 - onboarded two last week. 10/30 - working on training and coordinating resources 11/2 - Highland still working on training / coordination / personnel placement. 11/6 - Highland dealing with personnel turnover. 11/9 - ongoing effort. 11/20 - brought a few on last week and 3 more to train tomorrow. 11/27 - one control room. operator starting today. 12/11 - Two more offers sent out to backfill positions to get up to headcount. 1/8 - a couple more hires in process. 1/22 - Had turnover of 2 employees, have been replaced | | Feb 20 - Highland resources fully staffed 2-28: Highland at full head count but expects some turn over. 3-20: Ongoing | | Ongoing |
| Hold down bolts breaking on GHM's | Equipment Issues | GHM | | | Need to investigate. 3-15: David W to provide more information as to cause of failure and location 3-20: Missing bolts have been installed. 1 bolt still missing on GHMA. Continue to monitor. Need to confirm installation procedures were followed. | *May 1st / 2nd (handwritten)* | Ongoing |

*(Handwritten notes at bottom of page):*

120 Volt Circuits:

DHM outfeed

area wearing

Distributor boy holes. Holes that were

Provide List as soon as possible. 6" X 12" plate

managing on

Vents were welding pipes. still in way of access to DHM Dug.

*(Handwritten, right side):* 1 on Line 2 / 1 on Line 3

*(Handwritten):* 142 stairs

*(Handwritten, left margin):* List of 3M248

Case 1:19-cv-00024-CEA-CHS    Document 72-2    Filed 01/08/20    Page 8 of 8
PageID #: 1254