# EXHIBIT 3

# Transition Inspection Report

Highland – Adam Lamb, Chris Morgan

Astec/Nexus – Derrik Akers, Dave Jennings

Date of Inspection: Friday February 23, 2018

The purpose of the inspection was to look at issues identified in the Highland / Astec Task List to find solutions for identified issues. The following two issues were identified in the Task List:

Task List Item 3: The transitions between bark conveyors and bark bins on each line still plugging up at bottom of transitions. Example: Last week we had 3 calls in 2 hours. This was during 50-60-degree weather, so it was not related to the colder temperatures we had been experiencing.

Task List Item 4: The transitions between chip conveyors and chip bins on each line chips plugging up at bottom of chutes. Belts in the Chip Mill are loading heavy to one side of belt.
a. Transfer A to B- fall off side belt.
b. Plug up tail roll and into south ditch.

An inspection was conducted with Highland and Astec/Nexus on February 23, 2018. The following transitions were identified by Highland during the inspection as being problem areas:

## 1. Bark Discharge CV Line 1 – Plugging in the transition.



Highland indicates that there are times when this transition plugs and material spills onto the ground. There is evidence on the ground around the transition of large piles of bark on the ground, however it is unclear as to why the transition has plugged (root cause).

There is also evidence of finer material building up on the top to the CV structure and the bin. Given the size of this material it is most likely this is "belt dust". Proper adjustment of the belt scrapers should alleviate this issue.

Given the sporadic nature of plugging, Astec believes plugging of this transition is not related to the transition design but rather is a function of non-spec material hanging up causing a plug to occur.

Recommended action is to ensure incoming fiber is within spec and proper maintenance of belt scrapers is completed on a regular basis.

## 2. Bark Bin Discharge – Spilling onto Ground.



Highland indicates that there is spillage of bark onto the ground at the Bark Bin discharge CV. There is evidence on the ground around the transition of a small amounts of bark on the ground, however it is unclear as to why the transition has plugged. Highland has indicated that a solution to this problem may be extending the walls on the chute.

The larger pile seen in the photo is under the gravity take-up, which is functioning as a belt scrapper. Proper adjustment of the belt scrapers should alleviate this issue.

Astec believes plugging of this transition is not related to the transition design but rather is a function of large non-spec material hanging up causing a plug to occur.

Recommended action is to ensure incoming fiber is within spec and proper maintenance of belt scrapers is completed on a regular basis.

## 3. Dryer Inlet Seals – Material Leaking onto Ground.



Highland indicates that there is spillage of material onto the ground at the Dryer Inlet (Dryer 1 and 2 most leakage). There is evidence on the ground under the dryer inlets. Highland has indicated that they believe the issue is related to a faulty dryer inlet seal.

Astec has investigated. This does not appear to be a seal issue but rather an operational issue. The drum should be operated at a slightly negative pressure. It was found that the operators are operating the dryer slightly positive to assist in building and maintaining heat. A test was conducted where the steam duct modulating damper was opened resulting in a negative drum pressure which stopped material leakage. Astec is confident that once the baghouse modifications are completed operators will be able to run the dryers under slightly negative pressure and leakage will be eliminated. Seal lifespan is not infinite and will need to be replaced as part of a regular PM. –

Recommended action is to monitor the leakage once baghouse modifications are completed and operators are running the dryer under slightly negative pressure.

Case 1:19-cv-00024-CEA-CHS    Document 72-3    Filed 01/08/20    Page 4 of 8
PageID #: 1258

## 4. Gaps between Transition and Chute.



Highland indicates that during high wind conditions fiber is being blown out when material is passing from the transition into the chute due to the gap between the two. There is evidence of material on the ground under these transitions. Highland believes the issue can be resolved by extending the top of the chutes on three sides.

Astec has investigated. There is clearly a gap between the transition and chute. Astec agrees that the issue can be resolved by extending the top of the chutes by fastening material (such as belting) to three sides. The only issue with this fix is that if a transition becomes plugged or blocked clean out may become very time consuming and may interrupt production.

## 5. Gaps in Transition.



Highland indicates that there is spillage of material through gaps in the transition on the bark woodyard belt.

There is some evidence of material on the ground under this transition.

Astec has investigated and agrees the gaps (holes) should be sealed up to avoid any material leakage.

Recommended action is to fill the gaps in the transition.

Case 1:19-cv-00024-CEA-CHS    Document 72-3    Filed 01/08/20    Page 6 of 8
PageID #: 1260

## 6. Gaps in Transition / Pantlegs – Position of Chute



Highland indicates that there is spillage of material through gaps between the pantleg sections on many of the chip belts. It was noted that there is a physical gap between the two pantleg sections. It was also noted that the chute does not move fully into the pantleg causing the material to be spilled between the two.

There is an air cylinder that moves the position of the chute between the pantlegs. The position can be adjusted by adjusting the position of the cylinder allowing the chute to be positioned more into the pantleg.

Recommended action is to adjust air cylinder position to allow the chute to be fulling positioned in the pantleg to avoid spilling of material between the gap. It is also possible to insert a piece of angle between the two pantlegs to close the gap.

## 7. Woodyard Conveyors – Side Loading and Transfer

Highland has indicated during the inspection that material on the woodyard conveyors, especially the ones running parallel to the drainage ditch require constant clean-up along the belt due to material falling off and onto the ground.

It is believed by Highland that this is caused by loading heavy to one side of belt.

During the inspection there was not a significant amount of material observed on the ground as it was indicated that it was recently cleaned up and required continuous attention to keep it clean.

Astec continued to monitor the woodyard area and found the following:

- Belt loading "heavy to one side" was not observed. Some minor loading to one side was observed at low chip volume from the chipper. While the chipper was operating at "normal" volume belt loading was centered. At "heavy" volume belt loading was slightly off center. Astec recommends making minor adjustments to the skirting at the loading zone to more effectively center load the belt under all operating conditions.
- Material observed on the ground along the belts appears to be finer materials. Given the size of this material it is most likely this is "belt dust". Proper adjustment of the belt scrapers should alleviate this issue.
- Material observed on the ground at the transitions is a mix of fine and coarse materials. Looking at the incoming bark and the bark in the stacker pile, it would appear that spills are related to non-spec material.