# EXHIBIT 4

# Highland Pellets – Material Leakage

As with all facility equipment, it is recommended to inspect, adjust and maintain conveyor systems and components on a regular basis.

Thorough inspection, adjustment and operation of conveyor systems can help to reduce material spillage resulting in increased safety, saving in material being spilled and contaminated or wasted, helping to reduces housekeeping expenses and reducing component wear.

Regular housekeeping is a key component of any loss prevention program and involves all employees. Effective housekeeping is an ongoing operation and cannot be a hit-and-miss cleanup done occasionally.

There has recently been a focus on material leakage and accumulation throughout the Highland Pellets site. An inspection of various belt scrapers was conducted on the conveyors (CV) around the Highland Pellets facility. The inspection was conducted on April 14, 2018 and April 15, 2018. Areas inspected included the Bark distribution system from the bark feed bin to the bark bins on each line and the Chip distribution conveyors from the chip blending bin to the chip bins on each line.

The following are a list of deficiencies noted:

| Item | Location | Part | Description |
|------|----------|------|-------------|
| 1 | Bark Distribution CV @ Line 1 Bin | Belt Scraper *36" belt* | Scraper is damaged. Missing a chunk out of center of scraper. *Have to shut down to change* |
| 2 | Bark Distribution CV @ Line 2 Bin | Belt Scraper *36" belt* | Scraper is damaged. Missing a chunk out of scraper. *Have to shut down to change bad back skirting* |
| 3 | Chip Distribution CV just past Line 1 Bin | Belt Alignment | Belt misalignment on tail roller on belt leading to Bin 2 (Just past Bin 1 drop) *bad back skirting adjusted* |
| 4 | Chip Distribution CV just past Line 2 Bin | Belt Alignment | Belt misalignment on tail roller on belt leading to Bin 3 (Just past Bin 1 drop) |
| 5 | Chip Distribution CV @ Line 4 Bin | Belt Scraper Air Bag | Support for Belt Scraper Air Bag is tight against cable conduit. |
| 6 | Chip CV feeding top of High Frequency Screens | Belt Scraper/Air Bag | Belt scraper is not tight against belt. Air bag has no air. *Turned on Air* |
| 7 | Chip CV at bottom of HF Screens on CV feeding belt to GHM | Belt Scraper/Air Bag | Belt scraper is not tight against belt. Air bag has no air. *Fixed ¼" air hose* |
| 8 | Chip CV feeding GHM drag | Belt Scraper/Air Bag | Belt scraper is not tight against belt. Air bag has no air. *Turned on Air* |
| 9 | Chip CV at bottom of HF Screens on CV feeding belt to GHM | Belt Alignment | Belt tracking appears to be mis-aligned. When the belt is loaded alignment appears to be corrected |

The following photos are some examples of deficiencies found during the inspection.

April 16, 2018