# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, | ) ) ) | Case No. 1:19-cv-24 |
| *Plaintiff*, | ) ) | Judge Atchley |
| v. | ) ) | Magistrate Judge Steger |
| ASTEC INDUSTRIES, *et al*., | ) ) ) | |
| *Defendants*. | ) | |

## JUDGMENT

In accordance with the contemporaneously filed Memorandum Opinion and Order, Defendants' Motion to Dismiss Amended Complaint [Doc. 63] is **GRANTED**. All Claims against all Defendants are **DISMISSED WITH PREJUDICE**.

/s/ *John Medearis*
**JOHN MEDEARIS.**
**CLERK OF COURT**