# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 1:19-cv-00024-CEA-CHS |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Charles E. Atchley, Jr. |
| ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK and DAVID C. SILVIOUS, | ) ) ) | Mag. Judge Christopher H. Steger |
| Defendants. | ) ) ) | |

## LEAD PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT AND FOR LEAVE TO FILE THE PROPOSED AMENDED COMPLAINT

Lead Plaintiff respectfully moves, pursuant to Federal Rules of Civil Procedure 59(e) and and 15(a), for an Order (i) altering or amending the February 19, 2021 order and judgment that dismissed with prejudice the Amended Complaint and denied Plaintiff's request for leave to amend (Dkt. Nos. 79-80); and (ii) granting leave to file the Proposed Amended Complaint.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law in Support of Lead Plaintiff's Memorandum In Support Of Motion To Alter Or Amend The Judgment And For Leave To File The Proposed Amended Complaint, the accompanying Declaration of Daniel Tyre-Karp and the exhibit attached thereto, and all documents and records on file in this action.

Dated: March 19, 2021

THE ROSEN LAW FIRM, P.A.

By: /s/ Daniel Tyre-Karp____

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Daniel Tyre-Karp
275 Madison Avenue, 40h Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com
        dtyrekarp@rosenlegal.com

-and-

BRAMLETT LAW OFFICES
PAUL KENT BRAMLETT #7387
ROBERT PRESTON BRAMLETT #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215-0734
Telephone: 615-248-2828
Facsimile: 866-816-4116
Email: PKNASHLAW@AOL.COM

*Counsel for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, I electronically filed the foregoing **MOTION TO ALTER OR AMEND THE JUDGMENT AND FOR LEAVE TO FILE THE PROPOSED AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon all Counsel of Record.

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Daniel Tyre-Karp

Daniel Tyre-Karp (admitted pro hac vice)