# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) No. 1:19-cv-00024-CEA-CHS |
| Plaintiff, | ) ) CLASS ACTION |
| vs. | ) ) ) Judge Charles E. Atchley, Jr. |
| ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK and DAVID C. SILVIOUS, | ) ) Mag. Judge Christopher H. Steger |
| Defendants. | ) ) ) |

## DECLARATION OF DANIEL TYRE-KARP
## IN SUPPORT OF LEAD PLAINTIFF'S MOTION
## TO ALTER OR AMEND THE JUDGMENT AND FOR
## LEAVE TO FILE THE PROPOSED AMENDED COMPLAINT

I, Daniel Tyre-Karp, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the New York bar and have been admitted to practice *pro hac vice* in this Court. I am a member of the Rosen Law Firm and am counsel for Lead Plaintiff. I hereby submit this Declaration in support of Lead Plaintiff's Motion to Alter or Amend the Judgment and for Leave to File the Proposed Amended Complaint. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of Plaintiff's [Proposed] Second Amended Complaint

3. Pursuant to 26 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on March 19, 2021 in New York, New York.

_____
Daniel Tyre-Karp (admitted *pro hac vice*)
New York Bar Number 4960902