# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) No. 1:19-cv-00024-CEA-CHS |
| Plaintiff, | ) ) CLASS ACTION |
| vs. | ) ) |
| ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK and DAVID C. SILVIOUS, | ) Judge Charles E. Atchley, Jr. ) ) Mag. Judge Christopher H. Steger |
| Defendants. | ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that, in the above-captioned case, Lead Plaintiff Lynn Johnson, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final Judgment that was entered on February 19, 2021 (Dkt No. 80), and from the May 5, 2021 Memorandum Opinion and Order denying Lead Plaintiff's timely motion to alter or amend the February 19, 2021 judgment and for leave to file the proposed amended complaint pursuant to Fed. R. Civ. P. 59(e) and 15 (Dkt No. 85), as well as all prior orders that have merged into the Judgment (including, but not limited to, the February 19, 2021 Memorandum Opinion and Order granting defendants' motion to dismiss (Dkt No. 79)).

Dated: June 4, 2021

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

**By**: _/s/ Daniel Tyre-Karp_

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Daniel Tyre-Karp
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
lrosen@rosenlegal.com
dtyrekarp@rosenlegal.com

-and-

**BRAMLETT LAW OFFICES**
Paul Kent Bramlett #7387
Robert Preston Bramlett #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215-0734
Telephone: 615-248-2828
Facsimile: 866-816-4116
Email: pknashlaw@aol.com

*Counsel for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon all Counsel of Record.

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Daniel Tyre-Karp*
Daniel Tyre-Karp (admitted pro hac vice)