Case No. 21-5602

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

CITY OF TAYLOR, TN, GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated

     Plaintiff

 and

LYNN JOHNSON

     Lead Plaintiff - Appellant

v.

ASTEC INDUSTRIES, INC.; BENJAMIN G. BROCK; DAVID C. SILVIOUS; MALCOLM SWANSON

     Defendants - Appellees

  Upon consideration, the appellee's motion for leave to present divided argument is

**GRANTED**.

                                  **ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: January 04, 2022

_____