**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 22, 2022

Ms. LeAnna Wilson
Eastern District of Tennessee at Chattanooga
900 Georgia Avenue
Room 309
Chattanooga, TN 37402

Re:   Case No. 21-5602, *City of Taylor, TN, et al v. Astec Industries, Inc., et al*
      Originating Case No. : 1:19-cv-00024

Dear Ms. Wilson,

   Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Divya Kumar
For Jennifer Strobel, Case Manager

cc:  Mr. Paul Kent Bramlett
     Ms. Elizabeth Gingold Clark
     Mr. John G. Jackson
     Mr. John A. Jordak Jr.
     Mr. Phillip Kim
     Ms. Courtney Quiros
     Mr. Daniel I. Tyre-Karp

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 21-5602

_____

Filed: April 22, 2022

CITY OF TAYLOR, TN, GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated

       Plaintiff

 and

LYNN JOHNSON

       Lead Plaintiff - Appellant

v.

ASTEC INDUSTRIES, INC.; BENJAMIN G. BROCK; DAVID C. SILVIOUS; MALCOLM SWANSON

       Defendants - Appellees

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 03/31/2022 the mandate for this case hereby issues today.

COSTS:  None