# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

CITY OF TAYLOR GENERAL
EMPLOYEES RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

Plaintiff,

vs.

ASTEC INDUSTRIES, INC., BENJAMIN G.
BROCK and DAVID C. SILVIOUS,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:19-cv-00024-CEA-CHS

CLASS ACTION

Judge Charles E. Atchley

Magistrate Judge Christopher H. Steger

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Lead Plaintiff Lynn Johnson ("Lead Plaintiff") and Defendants Astec Industries, Inc. ("Astec") and Benjamin G. Brock (collectively "Defendants;" and together with Lead Plaintiff, the "Parties"), respectfully move the Court to modify the Scheduling Order previously entered by the Court in this action on July 21, 2022 setting forth certain case deadlines [Doc. No. 92]. The Parties submit that good cause exists for the Court to amend the Scheduling Order in the manner requested in this joint motion and state that such an amendment will not affect the deadlines currently set forth in the Scheduling Order. In support of this joint motion, the Parties submit:

1. In its Scheduling Order entered on July 21, 2022, the Court set forth certain deadlines. The Scheduling Order did not establish deadlines for Lead Plaintiff to make a motion for class certification pursuant to Fed. R. Civ. P. 23, or for Defendants to respond to such motion.

2. Lead Plaintiff intends to make a motion for class certification pursuant to Fed. R. Civ. P. 23. Accordingly, the Parties met and conferred by email about the proposed modification

1

of the briefing schedule to include deadlines related to class certification briefing and agreed to the dates proposed.

3.     The Parties respectfully request that the Court enter the proposed modified scheduling order attached hereto, which only modifies Section 6 of the current Scheduling Order to add new subsection (a) to include deadlines related to class certification briefing.

4.     Counsel for the Parties would be glad to appear before the Court, either in person or by conference call, to discuss this motion and any related matters the Court wishes to address.

WHEREFORE, the Parties jointly move that the current Scheduling Order be amended as set forth in the proposed order which is attached.

Respectfully submitted, this 11th day of December, 2023.

**THE ROSEN LAW FIRM P.A.**

/s/ Phillip Kim
Phillip Kim (*admitted pro hac vice*)
pkim@rosenlegal.com
Daniel Tyre-Karp (*admitted pro hac vice*)
dtyrekarp@rosenlegal.com
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060

**BRAMLETT LAW OFFICES**

Paul Kent Bramlett
pknashlaw@aol.com
Robert Preston Bramlett
Robert@bramlettlawoffices.com
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, Tennessee 37215-0734
Telephone: (615) 248-2828

*Attorneys for Lead Plaintiff Lynn Johnson*

**ALSTON & BIRD**

/s/ Elizabeth Gingold Clark
John A. Jordak, Jr. (*admitted pro hac vice*)
john.jordak@alston.com
Elizabeth Gingold Clark (*admitted pro hac vice*)
elizabeth.clark@alston.com
Courtney E. Quirós (*admitted pro hac vice*)
courtney.quiros@alston.com
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  404-881-7000

**CHAMBLISS, BAHNER & STOPHEL, P.C.**

John G. Jackson
jjackson@chamblisslaw.com
605 Chestnut Street, Suite 1700
Chattanooga, Tennessee 37450
Telephone: (423) 756-3000

*Attorneys for Defendants Astec Industries, Inc. and Benjamin G. Brock*

2