| | | |
|---|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 1:19-cv-00024-CEA-CHS |
| | ) ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | Judge Charles E. Atchley |
| ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK and DAVID C. SILVIOUS, | ) ) ) | Magistrate Judge Christopher H. Steger |
| Defendants. | ) ) | |

## DECLARATION OF PHILLIP KIM IN SUPPORT OF
## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Phillip Kim, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the New York bar and have been admitted to practice *pro hac vice* in this Court. I am a partner of the Rosen Law Firm and am counsel for Lead Plaintiff. I hereby submit this Declaration in support of Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the Declaration of Lynn Johnson in Support of Plaintiff's Motion for Class Certification.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of the Declaration of Dr. Adam Werner.

4. Attached as Exhibit 3 to this declaration is a firm resume of the Rosen Law Firm, P.A.

Pursuant to 26 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: December 18, 2023          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

**By**: */s/ Phillip Kim*
Phillip Kim
Daniel Tyre-Karp
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
        dtyrekarp@rosenlegal.com
        lrosen@rosenlegal.com

1

*Lead Counsel for Lead Plaintiff*

**BRAMLETT LAW OFFICES**
Paul Kent Bramlett #7387
Robert Preston Bramlett #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215-0734
Telephone: 615-248-2828
Facsimile: 866-816-4116
Email: pknashlaw@aol.com
      Robert@BramlettLawOffices.com

*Liaison Counsel for Lead Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 18, 2023, I served true and correct copies of the foregoing by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Tennessee, for receipt electronically by the parties listed on the Court's Service List.

*/s/ Phillip Kim*
Phillip Kim

Case 1:19-cv-00024-CEA-CHS    Document 104    Filed 12/18/23    Page 4 of 4    PageID #: 1778