| | | |
|---|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | Case No. 1:19-cv-00024-CEA-CHS |
| | ) ) | CLASS ACTION |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK and DAVID C. SILVIOUS, | ) ) ) ) ) | Judge Charles E. Atchley Magistrate Judge Christopher H. Steger |
| Defendants. | | |

## DECLARATION OF LEAD PLAINTIFF LYNN JOHNSON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Lynn Johnson, declare, under penalty of perjury as follows:

1. I respectfully submit this declaration in support of my motion for class certification. I have personal knowledge of the statements herein and if called upon as a witness, could and would competently testify hereto.

2. I am the Lead Plaintiff in this case (the "Action") against Astec Industries, Inc. ("Astec") and Astec's former Chief Executive Officer Benjamin G. Brock.

3. I understand that the Action alleges that Astec and Brock falsely touted the Highland and Hazlehurst wood pellet plants as models of success that would make Astec a leader in the booming pellet plant industry. In actuality, the plants were riddled with problems that prevented them from running at their promised operational or production capacity. The Action also alleges that Astec and Brock failed to disclose that Astec's sale of the Highland plant was contingent upon the plant being able to pass a "Reliability Run" that it had never come close to passing. I believe the Action is meritorious.

4. In connection with my motion for class certification, I am moving to serve as Class Representative. I understand that if appointed as Class Representative, I would represent not only myself, but also the proposed Class consisting of all persons and entities who purchased Astec securities during the period between July 26, 2016 and October 22, 2018, inclusive.

5. I understand that if appointed as Class Representative, I have a fiduciary duty to act in the interests of all other investors who are members of the Class. As such, I am committed to vigorously prosecuting this Action on behalf of the Class, and to at all times exercise my good faith and sound judgment to seek a recovery that is fair and beneficial for the Class.

6. Since being appointed as Lead Plaintiff, I have participated in this Action by, among other things, communicating with counsel at The Rosen Law Firm ("Lead Counsel"), reviewing pleadings, reviewing and responding to Defendants' discovery requests, and otherwise monitoring the progress and status of the Action.

7. Based on my involvement in this Action, I believe that The Rosen Law Firm possesses the necessary expertise and resources to prosecute this Action effectively, and that The Rosen Law Firm has thus far prosecuted this Action effectively – including successfully appealing Defendants' motion to dismiss.

8. Should I be appointed as Class Representative, I will fulfill my fiduciary duty to the Class and continue to work with Lead Counsel to make sure that the Class continues to receive the best possible representation so as to ensure the success of this lawsuit.

9. If appointed as Class Representative, I will continue to participate in this Action to keep informed of its status and progress, the strengths and weaknesses of the case, and the prospects for settlement. I will continue to consult with Lead Counsel with respect to significant developments in this Action. I will perform all of these duties mindful of my responsibility of

1

serving what I, in good faith and in consultation with Lead Counsel, believe to be the best interests of the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

LYNN JOHNSON

2