**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | **)** **)** **)** | No. 1:19-cv-00024-PLR-CHS |
| | **)** | |
| Plaintiff, | **)** | CLASS ACTION |
| | **)** | |
| vs. | **)** | |
| | **)** | Judge Charles E. Atchley |
| ASTEC INDUSTRIES, INC. and BENJAMIN G. BROCK | **)** **)** | Mag. Judge Christopher H. Steger |
| | **)** | |
| Defendants. | **)** | |
| | **)** | |

**DECLARATION OF ELIZABETH GINGOLD CLARK IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Elizabeth Gingold Clark, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member in good standing of the Georgia, Massachusetts, and New York bars and have been admitted to practice in this Court. I am a partner at the law firm of Alston & Bird LLP and am counsel for Defendants Astec Industries, Inc and Benjamin G. Brock. I hereby submit this Declaration in support of Defendants' Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibits A through D to this Declaration are true and correct copies of the following documents:

- **Exhibit A**: Excerpts from the January 9, 2024 Deposition of Plaintiff Through his Representative Dr. Adam Werner, Ph. D.

- **Exhibit B**: Expert Report of Lucy P. Allen, dated January 22, 2024.

1

- **Exhibit C**: Excerpts from the January 12, 2024 Deposition of Lead Plaintiff Lynn H. Johnson.

- **Exhibit D**: Email dated September 13, 2019 Among Lead Plaintiff Lynn H. Johnson and Larry Johnson, produced by Lead Plaintiff Lynn Johnson on November 2, 2023.

3. Pursuant to 26 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on January 22nd, 2024 in Atlanta, Georgia.

**ALSTON & BIRD**

By: <u>/s/ Elizabeth Gingold Clark.</u>
Elizabeth Gingold Clark
(*admitted pro hac vice*)

2

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing **DECLARATION OF ELIZABETH GINGOLD CLARK IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** was filed with the clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

This 22nd day of January, 2024.

**ALSTON & BIRD**

By:  /s/ Elizabeth Gingold Clark.
Elizabeth Gingold Clark
(*admitted pro hac vice*)