# Exhibit C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

AT CHATTANOOGA

-----------------------------X

CITY OF TAYLOR GENERAL ) No.

EMPLOYEES RETIREMENT SYSTEM, ) 1:19-cv-00024-CEA-CHS

Individually and on Behalf )

of All Others Similarly ) CLASS ACTION

Situated, )

)

           Plaintiff, )

)

  vs. )

)

ASTEC INDUSTRIES, INC., )

BENJAMIN G. BROCK and DAVID )

C. SILVIOUS, )

)

         Defendants. )

-----------------------------X

VIDEOTAPED DEPOSITION OF LYNN HARRY JOHNSON

Friday, January 12, 2024; 10:06 a.m. EDT

Reported by: Cindy L. Sebo, RMR, CRR, CLR, RPR, CCR, CSR, RSA, CA CSR 14409, NJ Certified CR 30XI0024460, NJ Certified RT 30XR00019500, NM CSR 589, NY Realtime Court Reporter, NY Association Certified Reporter, OR CSR 230105, TN CSR 998, TX CSR 12778, WA CSR 23005926, Notary Public

Job No. 6393711

Case 1.19-cv-00024-CEA-CHS Document 106-4 Filed 01/22/24 Page 2 of 15 PageID #: 2060

Lynn Harry Johnson                    January 12, 2024
City of Taylor General Employees v. ASTEC

Page 65

A.      Because --

MR. TYRE-KARP:  Objection to form.

THE WITNESS:  -- because Astec did not disclose the problems they were having in these two plants.

BY MS. SHEAR:

Q.      Who are the Defendants in this lawsuit?

A.      Astec, the company; Ben Brock, then-, I guess, president or CEO -- I forget which -- and they had Swanson; and the last person is something like -- and I'm going to mispronounce it -- like Silvo.

Q.      What court is this case in?

A.      Federal District Court, Tennessee.

Q.      What claims are alleged in the Complaint?

A.      Fraud.

If you want to be more specific than that, you should ask my attorneys.

Q.      What is the business of Astec, as

Veritext Legal Solutions
800.808.4958                                                    770.343.9696

Case 1.19-cv-00024-CEA-CHS    Document 106-4    Filed 01/22/24    Page 3 of 15
PageID #: 2061

you understand it?

A.    Well, they make -- they manufacture various products used in construction, like concrete and other road type of material.  But for that short period of time, they were into making these wood pellets.

Q.    Okay.  When you say "that short period of time," what period of time are you referring to?

A.    I would have to speculate, but -- I don't know the beginning date, but, certainly, the ending date, I believe, was maybe 2017, '18.

Q.    Is this case a class action?

A.    Yes.

Q.    And what is a class action?

A.    Class action is when you've got so many people experiencing wrongdoing, that the Court will permit them to sue as a class if they meet various conditions.

THE VIDEOGRAPHER:  Counsel, your microphone.

Can you raise up a bit, please?

800.808.4958                                                        770.343.9696

Case 1:19-cv-00024-CEA-CHS   Document 106-4   Filed 01/22/24   Page 4 of 15
PageID #: 2062

MS. SHEAR:  Put it higher?

THE VIDEOGRAPHER:  If you can.

MS. SHEAR:  Yes.  Yeah.

Is that better?

THE VIDEOGRAPHER:  Yes.

MS. SHEAR:  Okay.

BY MS. SHEAR:

Q.    Has the class already been certified in this case?

A.    No.

Q.    What -- do you know what a class period is?

A.    Yes.

Q.    And what is a class period?

A.    In this case, July 26th, I believe, of 2016 until October 21st of 2018.

Q.    Have there been multiple versions of the Complaint filed in this case?

A.    Yes.

Q.    How many?

A.    I'm -- I have to guess, all right, and I'm not supposed to guess.  But I think it's

Case 1:19-cv-00024-CEA-CHS    Document 106-4    Filed 01/22/24    Page 5 of 15
PageID #: 2063

three.

Q.    And have you reviewed all versions of the Complaint?

A.    I think the first Complaint was filed before I got involved by -- well, let me not say who it was, but it wasn't -- it wasn't me.

But then there's an Amended Complaint and maybe another -- and I reviewed those.

Q.    So are you saying you didn't review the first Complaint, but then you reviewed the Amended Complaint and then any other Complaints that have been filed?

A.    That's correct.

Q.    Do you, personally, know anyone who has worked at Astec?

A.    No.

Q.    Do you know anyone who currently works at Astec?

A.    No.

Q.    Do you know anyone who was a source of the allegations in the Amended Complaint?

Case 1.19-cv-00024-CEA-CHS    Document 106-4    Filed 01/22/24    Page 6 of 15
PageID #: 2064

A.     No.

Q.     Do you know anyone who is described in the Amended Complaint as a confidential witness?

A.     No.

Q.     Did you review the Amended Complaint before it was filed?

A.     Yes.

Q.     Did you do anything to ensure that the allegations in the Amended Complaint were accurate before it was filed?

A.     No, I left that to my attorneys.

Q.     Have you had any conversations about this litigation with family members?

A.     My family members?

Q.     Yes.

A.     I don't even have a family, really.

Q.     Have you had any conversations about this litigation with anyone in your life?

A.     Yes.

Q.     Who?

A.     I have a twin brother.

800.808.4958                                                            770.343.9696

assist all of the people in the Class who've lost money.

Q.    Have you ever sought appointment as lead plaintiff in any other litigation?

A.    No.

Q.    Have you ever sought appointment as Class representative in any other litigation?

A.    No.

Q.    Who represents you in this case?

A.    The Rosen Law Firm.

Q.    How were you first introduced to The Rosen Law Firm?

A.    I -- I don't remember.  You say "introduced"?  I -- I don't know -- I don't quite know what that means, but I don't remember when I first met them.

Q.    How did you find The Rosen Law Firm?

A.    I think it was the Internet search.

Q.    Did -- why did you choose The Rosen Law Firm?

A.    Because they have been out here for a while; they do security laws; they've got a good

Case 1.19-cv-00024-CEA-CHS     Document 106-4     Filed 01/22/24     Page 8 of 15
PageID #: 2066

reputation in the field.

It looked like this case was big enough to where a large law firm would consider it, and so they did.

Q.    Did you consider hiring any other law firms?

A.    After -- no.  At -- after I found them, I was satisfied with how they appeared.

Q.    When was the first time that you met with some -- a representative from The Rosen Law Firm?

A.    "Met with"?

MR. TYRE-KARP:  Object to form.

BY MS. SHEAR:

Q.    When was the first time that you were in contact with a representative from The Rosen Law Firm?

A.    I don't remember.

Q.    How often have you spoken with your attorneys at The Rosen Law Firm during this case?

MR. TYRE-KARP:  Objection to form.

Case 1.19-cv-00024-CEA-CHS    Document 106-4    Filed 01/22/24    Page 9 of 15
PageID #: 2067

THE WITNESS:  Several times.

BY MS. SHEAR:

Q.    By "several times" -- can you estimate the number?

A.    No.

Q.    Is it fewer than five?

A.    No.

Q.    Is it fewer than 10?

MR. TYRE-KARP:  Objection --

THE WITNESS:  I --

MR. TYRE-KARP:  -- to form.

THE WITNESS:  -- yeah -- I'd be guessing.

BY MS. SHEAR:

Q.    So do -- you have no idea how many times you've spoken with your law firm during this litigation?

A.    That's correct.

Q.    Do you know how The Rosen Law Firm will get paid in this case, if they do?

A.    I know the Court has to approve it.

Q.    So you understand that the Court has

800.808.4958                                                        770.343.9696

We came back at 11:19.

Does that sound good?

MR. TYRE-KARP: Does that work for you, Mr. Johnson?

THE WITNESS: Yes. Yes, it does.

BY MS. SHEAR:

Q. Do you recognize this document, Mr. Johnson?

A. Yes.

Q. And what is this document?

A. The Amended Complaint.

Q. Did you review -- you -- did you review this Complaint prior to its filing?

A. Yes.

Q. Does the Amended Complaint allege any misrepresentations by Defendants?

A. I leave it to my law firm to answer that question.

Q. Are -- are you saying you don't -- you don't know whether the Amended Complaint --

A. No, I'm saying --

Q. -- alleges any misrepresentations by

Case 1:19-cv-00024-CEA-CHS Document 106-4 Filed 01/22/24 Page 11 of 15 PageID #: 2069

Defendant -- by Defendants?

A.    I -- I --

MR. TYRE-KARP:  Objection to form.

THE WITNESS:  -- I -- I leave that to the law firm.

BY MS. SHEAR:

Q.    I'm asking if -- if you, personally, know whether the Amended Complaint alleges any misrepresentations by Defendants.

MR. TYRE-KARP:  Objection to form.

THE WITNESS:  I'm -- yes, it does, under my -- under my definition of a "misrepresentation."  I don't do securities law; but I would say, when I read it, I would say yes.

BY MS. SHEAR:

Q.    What were the misrepresentation -- those alleged misrepresentations in the Complaint?

A.    Don't know.

Q.    How long have you been investing in

e-mail on September 13th, 2019, and I -- yeah -- and I had not looked at it from the time that he sent it to me to the time I responded.

Q.    Were you surprised to hear that -- about the price of Astec stock when he e-mailed you?

MR. TYRE-KARP:  Objection to form.

THE WITNESS:  And I think the question is, Was I surprised at the price of the stock when he -- when he e-mailed me, and, yes, I was surprised.

BY MS. SHEAR:

Q.    Why were you surprised?

A.    That's a big drop for a company of that size.

Q.    What day is your birthday?

A.    April 13th.

Q.    How long passed between this e-mail and when you sold Astec stock -- your Astec stock?

A.    Hmm.

(Whereupon, the witness reviews the

Case 1:19-cv-00024-CEA-CHS    Document 106-4    Filed 01/22/24    Page 13 of 15
PageID #: 2071

this action?

A.    Yes.

Q.    What types of requests have Defendants issued?

A.    Interrogatories, requests for documents.

Q.    When did Defendants first issue interrogatories to you?

A.    I'll have to guess.  I don't remember.

Q.    And when did Defendants first issue requests for documents to you?

A.    Well, let -- let me go back.  I don't even remember the interrogatories, so maybe I got them, and maybe I didn't.  But I remember there were requests for documents.

Q.    Do you remember when you received that request for documents?

A.    No.

MS. SHEAR:  I'm going to introduce Exhibit Number 13.

It is Number 17.

Case 1:19-cv-00024-CEA-CHS    Document 106-4    Filed 01/22/24    Page 14 of 15
PageID #: 2072

THE WITNESS:  I have to ask, how do I identify -- I'm not able to follow the question.

BY MS. SHEAR:

Q.    I can rephrase it.

What was your process for -- actually, I'll -- I'll come back to that.

Did you produce any documents in response to Defendants' document requests in this case?

A.    I don't -- I do not remember.

Q.    Would you have -- did you search for any nonelectronic documents responsive to Defendants' document requests?

A.    No, because I knew I would not have any.  It's been years since I've put anything on a piece of paper and saved it in terms of investments.

Q.    When was the last time you would have had nonelectronic documents related to your investments?

A.    Probably 2005, 2010.

Case 1:19-cv-00024-CEA-CHS    Document 106-4    Filed 01/22/24    Page 15 of 15
PageID #: 2073