# Exhibit D

| | |
|---|---|
| **From:** | Lynn Johnson |
| **To:** | Larry Johnson |
| **Subject:** | RE: Asec Industries |
| **Date:** | Friday, September 13, 2019 11:51:00 AM |

Oh, Jeez, yes, I still own it and haven't looked at it. I may have to just bite the bullet and dispose of this one. I purchased it for $100k—it is now worth $50k.

**From:** Larry Johnson <larryscary2@gmail.com>

**Sent:** Friday, September 13, 2019 11:48 AM

**To:** Lynn Johnson <lynn@johnsonandpavuk.com>

**Subject:** Asec Industries

Did you know that ASTE was at $41 on our birthday, but now has dropped to $ 31. Do you still own it

Still not making a profit and still has a negative free cash flow with a puny 1% dividend. What do they DO all day?