**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 1:19-cv-00024-CEA-CHS |
| | ) ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | Judge Charles E. Atchley |
| ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK and DAVID C. SILVIOUS, | ) ) ) ) | Magistrate Judge Christopher H. Steger |
| Defendants. | ) | |

**REPLY DECLARATION OF PHILLIP KIM IN FURTHER
SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Phillip Kim, declare as follows:

1.      I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the New York bar and have been admitted to practice *pro hac vice* in this Court. I am a partner of the Rosen Law Firm and am counsel for Lead Plaintiff. I hereby submit this Reply Declaration in further support of Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth herein.

2.      Attached as Exhibit 1 to this declaration is a true and correct copy of the transcript of the January 12, 2024 Deposition of Lead Plaintiff Lynn Johnson.

3.      Attached as Exhibit 2 to this declaration is a true and correct copy of the Rebuttal Declaration of Dr. Adam Werner.

4.      Attached as Exhibit 3 to this declaration is a true and correct copy of the transcript of the January 31, 2024 Deposition of Lucy P. Allen.

Pursuant to 26 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.


Dated: February 12, 2024                    Respectfully submitted,

                                            **THE ROSEN LAW FIRM, P.A.**

                                            **By**: */s/ Phillip Kim*
                                            Phillip Kim
                                            Daniel Tyre-Karp
                                            Laurence M. Rosen
                                            275 Madison Avenue, 40th Floor
                                            New York, NY 10016
                                            Telephone: (212) 686-1060
                                            Fax: (212) 202-3827
                                            Email: pkim@rosenlegal.com
                                                    dtyrekarp@rosenlegal.com
                                                    lrosen@rosenlegal.com

1

*Lead Counsel for Lead Plaintiff*

**BRAMLETT LAW OFFICES**
Paul Kent Bramlett #7387
Robert Preston Bramlett #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215-0734
Telephone: 615-248-2828
Facsimile: 866-816-4116
Email: pknashlaw@aol.com
        Robert@BramlettLawOffices.com

*Liaison Counsel for Lead Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 12, 2024, I served true and correct copies of the foregoing by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Tennessee, for receipt electronically by the parties listed on the Court's Service List.

/s/ *Phillip Kim*
Phillip Kim

3