UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK and DAVID C. SILVIOUS, <br><br> Defendants. | Case No. 1:19-cv-00024-CEA-CHS <br><br> CLASS ACTION <br><br> Judge Charles E. Atchley <br><br> Magistrate Judge Christopher H. Steger |

## DECLARATION OF PHILLIP KIM IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, Phillip Kim, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the New York bar and have been admitted to practice *pro hac vice* in this Court. I am a Partner of The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiff. I hereby submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of excerpts from a report published by Cornerstone Research, authored by, Laarni T. Bulan and Laura E. Simmons, titled *Securities Class Action Settlements*: *2023 Review and Analysis*.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of excerpts from a report published by NERA Economic Consulting, authored by Edward Flores and Svetlana Starykh, titled *Recent Trends in Securities Class Action Litigation: 2023 Full-Year Review*.

Pursuant to 26 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: May 6, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Phillip Kim
Daniel Tyre-Karp
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
dtyrekarp@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

1

**BRAMLETT LAW OFFICES**
Paul Kent Bramlett #7387
Robert Preston Bramlett #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215-0734
Telephone: 615-248-2828
Facsimile: 866-816-4116
Email: pknashlaw@aol.com
       Robert@BramlettLawOffices.com

*Liaison Counsel for Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on May 6, 2024, I served true and correct copies of the foregoing by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Tennessee, for receipt electronically by the parties listed on the Court's Service List.

*/s/ Phillip Kim*
Phillip Kim