CITY OF TAYLOR GENERAL
EMPLOYEES RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

    Plaintiff,

vs.

ASTEC INDUSTRIES, INC., BENJAMIN G.
BROCK and DAVID C. SILVIOUS,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:19-cv-00024-CEA-CHS

CLASS ACTION

Judge Charles E. Atchley, Jr.

Magistrate Judge Christopher H. Steger

## <u>DECLARATION OF ELIZABETH GINGOLD CLARK</u>

Pursuant to 28 U.S.C. § 1746, I, ELIZABETH GINGOLD CLARK, declare as follows:

1.  I am a partner in the law firm of Alston & Bird, counsel to Defendants Astec Industries, Inc. and Benjamin G. Brock (collectively, "Defendants"), in the above-captioned matter.

2.  Pursuant to ¶ 4.3 of the Stipulation of Settlement (Dkt. No. 114), I submit this Declaration detailing Defendants' compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq.* ("CAFA").

3.  Attached hereto as Exhibit 1 is a true and correct copy of the letter sent pursuant to CAFA ("CAFA Notice") on May 8, 2024, to the United States Attorney General. *See* 28 U.S.C. § 1715(a)(1). The same letter was also sent to the Attorney Generals for all United States and United States Territories in which "some or all of the matters alleged in the class action are subject to regulation." *See* 28 U.S.C. § 1715(a)(2).

4.     As required by 28 U.S.C. § 1715(b), enclosed with the CAFA Notice were copies of: (i) the Class Action Complaint (Dkt. No. 1); (ii) the Amended Complaint (Dkt. No. 56); (iii) Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 115) and Lead Plaintiff's Memorandum of Law in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 116) and all supporting exhibits, including the Stipulation of Settlement (Dkt. No. 114), which includes the Proposed Order Preliminarily Approving Class Action Settlement and Providing for Notice (Dkt. No. 114-1), the Notice of Pendency and Proposed Settlement of Class Action (Dkt. No. 114-2), the Proof of Claim and Release Form (Dkt. No. 114-3), the Summary Notice of Pendency and Proposed Class Action Settlement (Dkt. No. 114-4), the Postcard Notice (Dkt. No. 114-5), and the Proposed Order and Final Judgment (Dkt. No. 114-6); and (iv) Memorandum Opinion and Order Granting Motion to Dismiss (Dkt. No. 79); Judgment Dismissing Claims with Prejudice (Dkt. No. 80); Memorandum Opinion and Order Denying Lead Plaintiff's Motion to Alter or Amend the Judgment and for Leave to File the Proposed Amended Complaint (Dkt. No. 85); and the Opinion and Judgement from the United States Court of Appeals for the Sixth Circuit Affirming in Part, Reversing in Part, and Remanding Proceedings (Dkt. No. 89).

5.     To the best of my knowledge, Defendants have fully complied with CAFA and the Stipulation of Settlement with respect to the CAFA Notice and have satisfied all their obligations thereunder.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

May 22, 2024.

/s/ Elizabeth Gingold Clark.
ELIZABETH GINGOLD CLARK

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of May, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced action.

**ALSTON & BIRD**

*/s/ Elizabeth Gingold Clark*
Elizabeth Gingold Clark
elizabeth.clark@alston.com
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777