UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASTEC INDUSTRIES, INC., BENJAMIN G. BROCK and DAVID C. SILVIOUS,<br><br>Defendants. | Case No. 1:19-cv-00024-CEA-CHS<br><br>CLASS ACTION<br><br>Judge Charles E. Atchley, Jr.<br><br>Magistrate Judge Christopher H. Steger |

## LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

PLEASE TAKE NOTICE that, pursuant to the Court's May 16, 2024, Order Preliminarily Approving Class Action Settlement and Providing for Notice, on September 5, 2024 at 2:00 p.m., before the Honorable Charles E. Atchley, Jr., United States District Judge of the United States District Court for the Eastern District of Tennessee, 900 Georgia Avenue, Courtroom 1A, Chattanooga, Tennessee 37402, Lead Plaintiff Lynn Johnson ("Lead Plaintiff") will move the Court for entry of an Order: (1) finally certifying the Settlement Class; (2) granting final approval of the Settlement in the Action on the terms set forth in the Stipulation of Settlement; and (3) approving the proposed Plan of Allocation for distribution of the Net Settlement Fund.[1]

---

[1] Unless otherwise defined herein, all capitalized terms have the same meanings ascribed to them in the Stipulation of Settlement, filed on May 6, 2024 (Dkt. No. 114).

1

This motion is based on: (a) this Notice of Motion; (b) the accompanying Memorandum of Law in Support thereof; (c) the Declaration of Phillip Kim in Support of the Motions for: (I) Final Approval of Class Action Settlement and Plan of Allocation; and (II) an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, Award to Lead Plaintiff (and all exhibits thereto); (d) the pleadings and papers filed herein; (e) arguments of counsel; and (f) any other matters properly before the Court.

Lead Plaintiff will submit a proposed Order and Final Judgment granting the requested relief with his reply papers after the deadline for submitting claims, objecting to the Settlement, and requesting exclusion from the Settlement Class has passed.

Dated: August 1, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Phillip Kim
Daniel Tyre-Karp
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
dtyrekarp@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

**BRAMLETT LAW OFFICES**
Paul Kent Bramlett #7387
Robert Preston Bramlett #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215-0734
Telephone: 615-248-2828
Facsimile: 866-816-4116
Email: pknashlaw@aol.com

2

Robert@BramlettLawOffices.com

*Liaison Counsel for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 1, 2024, I served true and correct copies of the foregoing by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Tennessee, for receipt electronically by the parties listed on the Court's Service List.

*/s/ Phillip Kim*
Phillip Kim